**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
JOHN R. EASTBURG (State Bar No. 247380)
  roryeastburg@dwt.com

Attorneys for Defendant
CHINA FREE PRESS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI,<br><br>                          Plaintiff,<br><br>          vs.<br><br>CHINA FREE PRESS, INC. et al.,<br><br>                          Defendants. | Case No. **2:12-cv-05216-DMG-PLA**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served on China Free Press, Inc.: June 18, 2012<br>Prior response date:  July 9, 2012<br>New response date:  July 16, 2012<br><br>Complaint served on Watson Meng: June 18, 2012<br>Prior response date:  July 9, 2012<br>New response date:  July 16, 2012<br><br>Action Filed:  June 14, 2012 |

     This Stipulation is entered by and between Plaintiff Zhang Ziyi and

Defendants China Free Press, Inc. and Watson Meng, through their respective

counsel of record where applicable, with reference to the following facts:

     1.     Plaintiff Zhang Ziyi filed her initial Complaint on June 14, 2012.

STIPULATION RE: EXTENSION OF TIME
DWT 19893033v3 0200500-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

2.   Defendants China Free Press, Inc. and Watson Meng were served with the Complaint on June 18, 2012; consequently, their responses are presently due on or before July 9, 2012.

3.   Plaintiff has agreed to extend the time for China Free Press, Inc. and Watson Meng to respond to the Complaint to on or before July 16, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendants China Free Press, Inc. and Watson Meng each shall have an extension up to and including July 16, 2012, to respond to Plaintiff's initial Complaint.

DATED: July 6, 2012          GLASER WEIL FINK JACOBS HOWARD
                                          AVCHEN & SHAPIRO LLP
                                      JOHN MASON
                                      PATRICIA L. GLASER
                                      ADAM LE BERTHON

                                      By:  ___/s/ Patricia L. Glaser_____
                                              Patricia L. Glaser
                                      Attorneys for Plaintiff ZHANG ZIYI


DATED: July 6, 2012          DAVIS WRIGHT TREMAINE LLP
                                      KELLI L. SAGER
                                      JOHN R. EASTBURG

                                      By:  ___/s/ Kelli L. Sager_____
                                              Kelli L. Sager

                                      Attorneys for Defendant CHINA FREE
                                      PRESS, INC.


DATED: July 6, 2012          WATSON MENG

                                      By:  ___/s/ Watson Meng_____
                                              Watson Meng

                                      IN *PRO PER*

STIPULATION RE: EXTENSION OF TIME
DWT 19893033v3 0200500-000001

2