JOHN R. EASTBURG (State Bar No. 247380)
roryeastburg@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

JAMES ROSENFELD
(pro hac vice application to be submitted)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, New York 10019
Telephone: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Defendant
CHINA FREE PRESS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI,<br>Plaintiff,<br>vs.<br>CHINA FREE PRESS, INC. et al.,<br>Defendants. | Case No. **2:12-cv-05216-DMG-PLA**<br><br>**CERTIFICATION OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CHINA FREE PRESS, INC.**<br><br>**[FRCP 7.1 and Local Rule 7.1-1]**<br><br>Assigned to the Hon. Dolly M. Gee<br>Action Filed: June 14, 2012 |

In accordance with Local Rule 7.1-1, the undersigned, counsel of record for defendant China Free Press, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| **Party:** | **Relationship to Case:** |
|---|---|
| Zhang Ziyi | Plaintiff |
| China Free Press, Inc. | Defendant |
| Watson Meng | Defendant |
| Yeeka LLC | Publisher of Boxun News |

Defendant China Free Press, Inc. provides the following statement to comply with Federal Rule of Civil Procedure 7.1(a): China Free Press, Inc. has no parent company, and no publicly held corporation owns 10% or more of its stock.

DATED: August 3, 2012

DAVIS WRIGHT TREMAINE LLP
JAMES ROSENFELD
JOHN R. EASTBURG

By: /s/ John R. Eastburg
John R. Eastburg

Attorneys for Defendant CHINA FREE PRESS, INC.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899