# EXHIBIT A



Open a FREE Account | Log in | Help

### DomainTools

boxun.com   [Whois Search ▼]   Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > BoxUn.com

# BoxUn.com Whois Record

Ads by Google

Tweet   Like

**Looking to Get Online?** Getting Nevada's Businesses Online. Free Websites from Google! GYBO.com/Nevada

**身在美国,也能购买中国商品** 中国商品一网打尽,一键搞定,随时响应. 超低国际邮费, 更有完善国际包裹保障. www.lequgo.com

**Dedicated Hosting Company** Get Dedicated Hosting Company Info. Access 10 Search Engines At Once. Info.com/DedicatedHostingCompany

**Strada Easel** Light Weight Plein Air Pochade, Easy to Use, Best Design, Durable www.stradaeasel.com

**身在国外,轻松代购中国商品** 自主议价,优惠多,自主下单,快速0延时 外币支付,多单合并1次运费,运费18元起 www.panli.com

Ads by Google

**Game Server Hosting**
50% Off First Month of Hosting Use Code: google12 at checkout
www.VortexServers.com

**Free Trial with Mobivity**
Proven mobile marketing results. Start your free trial today.
mobivity.com

**Cobalt Chimp**
Secure, fast cloud hosting. Reasonable prices.
www.cobaltchimp.com

**Unlimited Hosting $4/mo**
Web hosting with no limits. Includes 1 domain, $4 per month
1and1.com

**HOW To Prepare For Ielts**
Aim for a high IELTS Score. Online study course and practice tests.
www.scottsenglish.com

**7 Day Boxes**
50+ 7 Day Boxes at Great Prices. Shop, Compare and Save at Pronto.
Box.Pronto.com

**Web Design**
Attractive web sites for non-profits at a good price
www.NG-Online.org

| Whois Record | Site Profile | Registration | **Server Stats** | My Whois |

Server Type:  Apache/2.2.3 (CentOS)
IP Address:   154.35.164.8   Reverse-IP | Ping | DNS Lookup | Traceroute
ASN:          AS14987
IP Location:  🇺🇸 - District Of Columbia - Washington - Psinet Inc.
Response Code: 200
Domain Status: Registered And Active Website







Country TLDs | General TLDs

Available domains for registration:

☐ BoxUn.**at**     Register
☐ BoxUn.**be**     Register
☐ BoxUn.**ch**     Register
☐ BoxUn.**cn**     Register
☐ BoxUn.**co.uk**  Register
☐ BoxUn.**de**     Register

**Perfect Gift | Beauty Box**
Looking for a Gift? Pamper Someone Special with our Amazing Beauty Box
www.shesaidbeauty.com/beauty-box

**Affordable Web Design**
Maintainable and professional! Perfect for small businesses
www.tjessberger.com

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

☐ BoxUn.dk — Register
☐ BoxUn.es — Register
☐ BoxUn.eu — Register
☐ BoxUn.fr — Register

**Register All Selected >**   **Show all (16) >**







Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

