# EXHIBIT B

| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| 1,525,586 | 3.97 | 00:07:10 | 26.59% | 34.05% |
| % of Total: 100.00% (1,525,586) | Site Avg: 3.97 (0.00%) | Site Avg: 00:07:10 (0.00%) | Site Avg: 26.59% (0.00%) | Site Avg: 34.05% (0.00%) |

Primary Dimension: Country / Territory   City   Continent   Sub Continent Region

Secondary dimension ▼                                                                 advanced

| | City | Visits ↓ | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|---|
| 1. | (not set) | 571,752 | 4.20 | 00:07:14 | 27.39% | 30.54% |
| 2. | Hong Kong | 81,091 | 3.60 | 00:06:17 | 30.82% | 39.73% |
| 3. | Sydney | 25,384 | 3.90 | 00:08:30 | 18.16% | 31.4?% |
| 4. | Singapore | 24,980 | 3.63 | 00:06:49 | 25.28% | 36.3?% |
| 5. | Beijing | 23,568 | 3.63 | 00:06:06 | 37.32% | 42.8?% |
| 6. | Toronto | 23,117 | 3.98 | 00:08:27 | 19.05% | 31.67% |
| 7. | New York | 22,953 | 3.50 | 00:06:38 | 26.19% | 39.4?% |
| 8. | Melbourne | 18,077 | 3.92 | 00:07:51 | 16.14% | 29.77% |
| 9. | Shanghai | 15,539 | 3.58 | 00:05:54 | 41.98% | 45.63% |
| 10. | Nei-Hu | 11,234 | 3.01 | 00:05:06 | 49.61% | 55.2?% |