Marc J. Randazza (California Bar No. 269535)
Jason A. Fischer (California Bar No. 275469)
RANDAZZA LEGAL GROUP
mjr@Randazza.com
jaf@Randazza.com
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Weican Null Meng*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ZHANG ZIYI, an individual, | Case No. CV12-5216-DMG (PLAX) |
|---|---|
| Plaintiff, | **DECLARATION OF WEICAN "WATSON" NULL MENG IN SUPPORT OF DEFENDANT'S SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CIVIL PROCEDURE CODE § 425.16** |
| vs. | |
| CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual known as WATSON MENG and also WEICAN "WATSON" MENG; DOES 1-25, inclusive, | |
| Defendants. | |

I, Weican "Watson" Null Meng, declare under penalty of perjury pursuant to the laws of the United States that the following are true:

1. I have personal knowledge of the facts set forth below, and I am competent to testify regarding these facts and statements. I declare that all statements made herein of my own knowledge are true.

1

2. I am a resident of the State of North Carolina.

3. I am the administrator of Boxun News, located at <boxun.com>, an independent online news site dedicated to publishing stories and information about political and human rights issues with the Chinese government. Boxun's principal place of business is also in the state of North Carolina.

4. Boxun is an independent website that receives its operating expenses from grants and private donations; Boxun does not solicit donations on the website, nor does it provide a means for contributing donations to Boxun on the website.

5. Boxun acts as a news service for dissident political information about China and its ruling political party, the Central Communist Party ("CCP").

6. To my knowledge, Boxun is viewed disfavorably by the CCP. Since 2000 – shortly after Boxun's launch – the CCP has used China's nationwide internet blocking protocol, which bans certain sites from being accessed in mainland China, to prohibit Chinese residents from accessing Boxun.

7. Beginning in February 2012, I began following the political scandals surrounding Bo Xilai, a high-ranking political official in the CCP.

8. Since February 2012, numerous pieces of information came out about Bo Xilai in the American and international press, a representative sample of which can be seen in Exhibit A.

9. Based on this precedent of national coverage, I too began investigating and reporting on Bo Xilai through Boxun.

10. Intrigued by the scandal, I contacted confidential sources within mainland China, and was volunteered information about Bo Xilai about the same.

Boxun's reporting on Bo Xilai's case has been relying on confidential sources and has been very accurate.

11. I personally know the true identities of some of these sources, and have relied on them for reporting information in the past. I did not, have any reason to believe the information they provided me was incorrect - much of it has been corroborated by national reporting on Bo Xilai. As is standard practice, I did not publish any information on Boxun I knew to be false.

12. However, due to the political climate surrounding Bo Xilai's ouster and growing scandal, I cannot reveal the identities of these sources for fear of their safety, well being and even lives. Otherwise, these sources' identities would be disclosed like any other public source to maintain Boxun's integrity.

13. It is common practice for our site to keep sources anonymous, as their safety may be in jeopardy given the nature of the information they provide, and the current political climate in China. Wherever possible, their statements are corroborated with other non-anonymous sources and publicly available information.

14. Due to the nature of the news Boxun and its reporters investigate, Boxun's journalists have been arrested and imprisoned by the Chinese government.[1]

15. Another Boxun reporter, Li Changqing, was arrested and sentenced to

---

[1] *Boxun News Contributor Sun Lin Sentenced to Four Years in Prison*, World Association of Newspapers and News Publishers (Apr. 7, 2008), http://www.wan-press.org/china/articles.php?id=374 (*last accessed* Aug. 14, 2012).

Randazza
Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

3

three years in prison for allegedly fabricating "alarmist information" on the Internet. The international journalists' group Reporters Without Borders condemned this action by the Chinese government.[2]

16. Since publishing stories critical of Bo Xilai and documenting his scandal, Boxun has been attacked by hackers numerous times. I believe these hacking attacks originated from within China and were orchestrated or condoned by the CCP, and further demonstrate the serious harm the CCP will cause to anyone known to assist or contribute to Boxun within mainland China.[3]

17. In light of these incidents and others like them, it has become Boxun's practice to maintain the strictest confidentiality of its sources – particularly those that are reliable – because their identification has demonstrably jeopardized their liberty and potentially even their safety.

18. The confidential sources who provided me with the information about Plaintiff that is at issue in this case have consistently proven reliable in the past. When I have previously used them, subsequent investigation from public records, publicly available news, or other non-confidential sources has revealed that their information was true and correct.

---

[2] *Appeal Court Upholds Cyber-Dissident Li Changqin's Three-Year Sentence*, Reporters Without Borders (June 23, 2006), http://ar.rsf.org/article.php3?id_article=16221 (*last accessed* Aug. 14, 2012).

[3] Richard McGregor, *Chinese Censors Hamstrung by U.S. Site*, Financial Times (Apr. 22, 2012), *available at* http://www.ft.com/cms/s/0/fb55035e-8c51-11e1-9758-00144feab49a.html*last accessed* Aug. 16, 2012); Isola Morillo, *Hacker Attack Undermines Web Role in China Scandal*, AJC.com (Apr. 20, 2012), *available at* http://www.ajc.com/news/nation-world/hacker-attack-underlines-web-1422689.html (*last accessed* Aug. 16, 2012)

19.  Thus, I did not see a problem with relying on these sources, as their information was historically true and correct, and I had no reason to disbelieve them as sources – nor to question the specific facts they had produced with respect to both Bo Xilai and Plaintiff.

20.  I published Boxun's stories about Plaintiff on May 28 and June 3, 2012.  These stories were predicated on Plaintiff's connections to Bo Xilai as reported by my confidential sources.  This information was acquired from reliable sources who have consistently provided the site with truthful material for several years.

21.  These articles are particularly important as part of Boxun's ongoing investigation of Bo Xilai; Boxun is not a gossip site, has no intrinsic interest in Plaintiff, and reported on Plaintiff only with respect to her connection with Bo Xilai and other political officials.

22.  At all times investigating and reporting on the stories underlying this lawsuit, I maintained and executed Boxun's standard procedures for research, investigation and corroboration of sources, as described above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this August  17  , 2012 in Durham, North Carolina

Randazza
Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

5

_____
Weican "Watson" Meng