1   Marc J. Randazza (California Bar No. 269535)
2   Jason A. Fischer (California Bar No. 275469)
    RANDAZZA LEGAL GROUP
3   mjr@Randazza.com
    jaf@Randazza.com
4   6525 W. Warm Springs Road, Suite 100
    Las Vegas, NV 89118
5   Telephone: 888-667-1113
    Facsimile: 305-437-7662
6   www.Randazza.com

7   Attorneys for Defendant,
    *Weican Null Meng*

8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11  ZHANG ZIYI, an individual,                  Case No. CV12-5216-DMG (PLAX)

12              Plaintiff,                       **DECLARATION OF
                                                 PROFESSOR MARY HAUSCH**
13          vs.

14  CHINA FREE PRESS, INC., a North Carolina
15  non-profit corporation doing business as
    BOXUN NEWS; WEICAN NULL MENG, an
16  individual known as WATSON MENG and also
    WEICAN "WATSON" MENG; DOES 1-25,
17  inclusive,

18              Defendants.

19          **DECLARATION OF PROFESSOR MARY HAUSCH**

20

21  I, Mary Hausch, am over the age of 18, and I am a resident of Las Vegas, Nevada.

22      1.  I am a journalism professor at the UNLV Greenspun School of Journalism and Media

23          Studies, where I have been working for the past two decades teaching various

24          courses, including Journalism and Media Ethics.  Prior to working as a professor, I

25

26          worked as managing editor of the Las Vegas Review Journal for 11 years, where I

27

28

Randazza
Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

oversaw a newsroom of reporters and editors, and have a total of 21 years of professional journalism experience.

2. In my journalism ethics class, I regularly teach students about the use of anonymous sources in reporting.

3. Although anonymous sources are not preferred, sometimes they are necessary in order to report on an important story, particularly in instances of exposing government dealings and corruption.  Anonymous sources should only be used with caution, and should not be used unless no other means exists to report on a story.  Anonymity is never an assumed condition, and such sources should only be used when approved of by an editor.  Most news organizations have an in-house code of ethics or use the Society of Professional Journalists' Code of Ethics as a guide for anonymous sources.

4. In general, when reporting a story through the use of anonymous sources, most professional newspapers have a policy in place to make sure that information from anonymous sources is as reliable as possible.  First, anonymous sources should not be permitted when a named or known source is available to speak on the record about a topic.  Second, the topic must be sensitive enough that disclosing the information would result in the source's loss of a job, lifestyle, or safety.  Generally, when a reporter uses an anonymous source, the identity of the source must be known to both the reporter and the reporter's editor.  Also, such information should usually be verified through another, third-party source.  This is true at all of the newspapers I have worked for, including the Review-Journal, and is true at many other well-known

Randazza
Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

- 2 -

1
2
newspapers, such as The Washington Post, The New York Times, and the Wall Street

Journal.

3
4
5
6
5. Whenever anonymous sources are used, reporters and editors are responsible for

protecting their identities, particularly if disclosing the source would pose a risk to

that person.

7
8
9
10
11
12
13
14
15
16
17
6. The most well-known example of the use of an anonymous source is during the

Watergate Scandal, of which the court is likely familiar.  When Washington Post

reporters Bob Woodward and Carl Bernstein used the anonymous source, Deep

Throat, for their stories, their editor, Ben Bradlee, was aware of the source's true

identity.  Futhermore, Deep Throat was never quoted directly, but was used to

disclose and verify information that the reporters tracked down.  The Watergate

Scandal was a story of government corruption that likely would not have been

exposed if the Washington Post had not used anonymous sources to obtain

information.

18
19
20
21
22
23
24
25
26
7. Defendant Watson Meng, who is founder of Defendant Boxun News, has published

several stories about government officials who have paid money to have sexual

relations with Plaintiff actress Zhang Ziyi.  The Defendants say they obtained this

information through anonymous sources, and that all of the information has been

verified through other sources with direct knowledge of the situation.  Meng states

that the sources do not have ulterior motives, but are interested in reporting on

corruption within the Chinese government.

27
28

Randazza
Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

8.  Based on the information I have received about Mr. Meng's methods, I believe he has acted in an ethical manner in his handling of anonymous sources. Although having sources speak on the record is preferable, sometimes it is not always possible for a journalist to obtain information from sources who are willing to speak on the record.

9.  Given the sensitivity of the situation, it would be best if the court could protect the identities of those involved as much as possible.

10. Although I have been an expert witness in previous cases, none of those cases have been within the last four years. My hourly rate is $250.00 for expert witness services.

Dated: *August 16, 2012*

Signature: *Professor Mary Hausch*

Professor Mary Hausch

- 4 -