Marc J. Randazza (California Bar No. 269535)
Jason A. Fischer (California Bar No. 275469)
RANDAZZA LEGAL GROUP
mjr@Randazza.com
jaf@Randazza.com
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Weican Null Meng*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual known as WATSON MENG and also WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV12-5216-DMG (PLAX)<br><br>**DECLARATION OF J. MALCOLM DEVOY** |

## DECLARATION OF J. MALCOLM DEVOY

I, J. MALCOLM DEVOY, having personal knowledge of the matter set forth below and being competent to make such statements, state as follows:

1. I am an attorney duly licensed in the states of Wisconsin and Nevada and am employed by Randazza Legal Group, which is counsel of record for Defendant Weican Null "Watson" Meng; I am not counsel of record in this case, though I am personally familiar with the pleadings and facts concerning this matter.

2. I prepared composite Exhibit A, which includes numerous articles available on the Internet, originally published in March and April of 2012, about former Chinese leader Bo Xilai.

3. On August 16, 2012, I accessed the news website <seattletimes.nwsource.com>. I located the news article entitled "China replaces once-powerful leader hit by scandal." The article is dated for March 14, 2012.

4. I then saved a copy of the webpage as a portal document format (PDF) file. A true and correct copy of this article is attached in composite Exhibit A.

5. On August 16, 2012, I accessed the news website <nytimes.com>. I located the news article entitled "Death of a Briton is Thrust to Center of China Scandal." The article is dated April 10, 2012.

6. I then saved a copy of the webpage as a portal document format (PDF) file. A true and correct copy of this article is attached in composite Exhibit A.

7. On August 16, 2012, I accessed the news website <articles.cnn.com>. I located the news article entitled "China moves to contain Bo Xilai scandal." The article is dated April 11, 2012.

8. I then saved a copy of the webpage as a portal document format (PDF) file. A true and correct copy of this article is attached in composite Exhibit A.

9. On August 16, 2012, I accessed the news website <www.pbs.org>. I located the news article entitled "China's state media denounce fallen party official Bo Xilai." The article is dated April 11, 2012.

10. I then saved a copy of the webpage as a portal document format (PDF) file. A true and correct copy of this article is attached in composite Exhibit A.

Randazza
Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

11. On August 16, 2012, I accessed the news website <articles.latimes.com>. I located the news article entitled "China attempts to contain high-level political scandal." The article is dated April 11, 2012.

12. I then saved a copy of the webpage as a portal document format (PDF) file. A true and correct copy of this article is attached in composite Exhibit A.

13. On August 16, 2012, I accessed the news website <www.cbsnews.com>. I located the news article entitled "Bo Xilai scandal rocks secretive Chinese leadership." The article is dated April 12, 2012.

14. I then saved a copy of the webpage as a portal document format (PDF) file. A true and correct copy of this article is attached in composite Exhibit A.

15. On August 16, 2012, I accessed the news website <uk.reuters.com>. I located the news article entitled "Analysis – China scandal risks sapping will for reform." The article is dated April 12, 2012.

16. I then saved a copy of the webpage as a portal document format (PDF) file. A true and correct copy of this article is attached in composite Exhibit A.

17. On August 16, 2012, I accessed the news website <nytimes.com>. I located the news article entitled "Briton in a Chinese Scandal Reportedly Brokered Overseas Money Transfers." The article is dated April 16, 2012.

18. I then saved a copy of the webpage as a portal document format (PDF) file. A true and correct copy of this article is attached in composite Exhibit A.

19. On August 16, 2012, I accessed the news website <irishtimes.com>. I located the news article entitled "Allegations to mount against Bo Xilai over British businessman's death." The article is dated April 16, 2012.

Randazza Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

20. I then saved a copy of the webpage as a portal document format (PDF) file. A true and correct copy of this article is attached in composite Exhibit A.

21. On August 16, 2012, I accessed the news website <foxnews.com>. I located the news article entitled "China says committed to probing political scandal." The article is dated April 17, 2012.

22. I then saved a copy of the webpage as a portal document format (PDF) file. A true and correct copy of this article is attached in composite Exhibit A.

23. These documents are true and correct copies of the articles as they appeared on the internet, on the respective webpages and URL's indicated in this declaration and within the PDF documents themselves as found in Exhibit A, on August 16, 2012.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated August 17, 2012 in Las Vegas, Nevada

/s/ J. Malcolm DeVoy

J. Malcolm DeVoy

Randazza
Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113