Judge Dolly M. Gee

**SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET**

| Case No. | Case Name: | Zhang Ziyi v. China Free Press, Inc., et al., C.D. Cal. Case No. 12-5216-DMG (PLAx) |
|---|---|---|

| MATTER | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL** ☐ Court  ☒ Jury<br>Duration Estimate:  **14 days** | 10/15/2013                    (Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")**<br>4 wks before trial | 9/17/2013                    (Tuesday) | 2:00 pm |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off | 90 days after scheduling conf | 1/2/2013 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | 4/12/2013 |
| Motion Cut-Off (filing deadline) | at least 13 wks before FPTC | 7/1/2013 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | 4/12/2013 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | 5/17/2013 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | 6/14/2013 |
| Settlement Conference Completion Date | at least 4 wks before FPTC | 8/20/2013 |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | 8/27/2013 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | 9/3/2013 |
| Other Dates:  (e.g., class cert motion cut-off, early mediation, etc.) | at least 90 days after complaint served (unless longer time justified) | N/A |

**EXHIBIT A**