Marc J. Randazza (California Bar No. 269535)
Jason A. Fischer (California Bar No. 275469)
RANDAZZA LEGAL GROUP
mjr@Randazza.com
jaf@Randazza.com
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Weican Null Meng*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual known as WATSON MENG and also WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>        Defendants. | Case No. CV12-5216-DMG (PLAX)<br><br>**DEFENDANT WEICAN NULL MENG'S NOTICE OF SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CIVIL PROCEDURE § 425.16**<br><br>Date: Sept. 21, 2012<br>Time: 9:30 a.m.<br>Courtroom 7 |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

    On September 21, 2012, at 9:30 a.m., in the courtroom of the Honorable Dolly M. Gee (Courtroom 7), Defendant Weican "Watson" Null Meng ("Meng") will and hereby does move to strike Plaintiff's Complaint under California Civil

Randazza
Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

Procedure Code § 425.16 (California's Anti-SLAPP statute) and seeks the pending action's dismissal, as well as costs and reasonable attorney's fees.

Meng seeks dismissal of the Complaint under § 425.16 because 1) his conduct was made in furtherance of his rights of petition or free speech pursuant to Cal Civ. P. Code § 425.16(b)(1); 2) Meng's speech was connected to an issue of public interest; and 3) Meng's speech is protected by the First Amendment. Additionally, Plaintiff is a public figure, and is therefore subject to the actual malice standard as laid out in *New York Times Co. v. Sullivan*, 376 U.S. 254, 280-82 (1964).  Plaintiff cannot show a probable chance of satisfying the actual malice standard by clear and convincing evidence.  Furthermore, Meng's sources are entitled to anonymity, as disclosing their identities is potentially dangerous given the current political climate in China.  For these reasons, Meng respectfully requests that this motion be granted.

This Motion is based on this Notice; the accompanying Memorandum of Points and Authorities; the Declarations of Weican "Watson" Null Meng, Ye "Ken" Wang, Mary Hausch, and J. Malcolm DeVoy; the news articles attached hereto within Exhibit A; and such other authorities and argument as may be submitted in any reply at or before the scheduled September 21, 2012 hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place from August 10-14, 2012.

//

//

Randazza Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: August 20, 2012 | RANDAZZA LEGAL GROUP |
|  | By: /s/ Marc J. Randazza |
|  | Marc J. Randazza |
|  | Jason A. Fischer |
|  | Attorneys for Defendant |
|  | Weican "Watson" Null Meng |

Randazza Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 20th day of August, 2012, I caused the document(s) entitled:

**DEFENDANT WEICAN NULL MENG'S NOTICE OF SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CIVIL PROCEDURE § 425.16**

and all attachments to be served on counsel for all parties by the Court's CM/ECF system.

          /s/ Marc J. Randazza
           Marc J. Randazza

Randazza Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113