Name & Address:
Kelli L. Sager, Esq.  SBN 120162
Loring Rose, Esq.  SBN 251727
Davis Wright Tremaine LLP
865 S. Figueroa Street, Ste. 2400
Los Angeles, CA 90017
Tel: (213) 633-6800  Fax: (213) 633-6899
Attorneys for China Free Press Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhang Ziyi<br><br>PLAINTIFF(S)<br><br>v.<br><br>China Free Press Inc.; Weican Null Meng, 1-25 inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br>2:12 CV 05216-DMG-PLA<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, John Rory Eastburg , 247380 , johneastburg@dwt.com
       *Name*                    *CA Bar ID Number*         *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

China Free Press Inc.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
      PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____   New Facsimile Number _____
   New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON -RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____   CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____   Facsimile Number _____
New E-mail address _____

☒ TO BE REMOVED FROM THE CASE: **

☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☒ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01ORDER,** *Order on Request for Substitution of Attorney*. **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: August 23, 2012              / s /
                                    *Signature of Attorney of Record / Attorney for the Firm*
                                    John Rory Eastburg

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

American LegalNet, Inc.
www.FormsWorkFlow.com