JOHN MASON - State Bar No. 51116
 jmason@glaserweil.com
PATRICIA L. GLASER - State Bar No. 55688
 pglaser@glaserweil.com
ADAM LEBERTHON - State Bar No. 145226
 aleberthon@glaserweil.com
ALEXANDER M. KARGHER – State Bar No. 259262
 akargher@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff Zhang Ziyi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-05216-DMG (PLAx)<br><br>**STIPULATION TO CONTINUE HEARING ON MOTIONS FILED BY DEFENDANT WEICAN NULL "WATSON" MENG** |

This Stipulation is by and between Plaintiff Zhang Ziyi ("Plaintiff"), on the one hand, and Defendant Weican Null Meng ("Meng"), on the other hand. Plaintiff and Meng are collectively referred to as the Parties. This stipulation is made with reference to the following facts:

## RECITALS

1. On or about August 15, 2012, Meng filed Defendant Weican Null "Watson" Meng's Motion to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to 12(b)(2) ("Motion to Dismiss");

2. On or about August 16, 2012, the Court scheduled the hearing on Meng's Motion to Dismiss for September 21, 2012, at 9:30am;

3. On or about August 18, 2012, Meng filed Defendant Weican Null Meng's Special Motion to Strike Under California Civil Procedure § 425.16 ("Motion to Strike");

4. On or about August 20, 2012, Meng filed Defendant Weican Null Meng's Notice of Special Motion to Strike Under California Civil Procedure § 425.16 scheduling the hearing on his Motion to Strike for September 21, 2012, at 9:30am; and

5. The parties have agreed to continue the date for the hearing on Meng's Motion to Dismiss and Motion to Strike for several weeks in order to give Plaintiff time to conduct limited discovery, including, without limitation, the depositions of Meng and Meng's expert witness, Mary Hausch, for purposes of opposing the two Motions. The scope of the discovery (including accompanying requests for production of documents), will be limited to issues related to the Motion to Dismiss and Motion to Strike.

## STIPULATION

Based on the above facts, the Parties hereby stipulate, agree and ask the Court to order as follows:

1. The hearing on Meng's Motion to Dismiss and Motion to Strike shall be continued until October 12, 2012, at 9:30am.

DATED: August 31, 2012

GLASER WEIL FINK JACOBS
 HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Adam LeBerthon
JOHN MASON
PATRICIA L. GLASER
ADAM LEBERTHON
ALEXANDER M. KARGHER
Attorneys for Plaintiff Zhang Ziyi

DATED: August 31, 2012

RANDAZZA LEGAL GROUP

By: /s/ Marc J. Randazza
MARC J. RANDAZZA
JASON A. FISCHER
Attorneys for Defendant Weican Null Meng