1  JOHN MASON - State Bar No. 51116
    jmason@glaserweil.com
2  PATRICIA L. GLASER - State Bar No. 55688
    pglaser@glaserweil.com
3  ADAM LEBERTHON - State Bar No. 145226
    aleberthon@glaserweil.com
4  ALEXANDER M. KARGHER – State Bar No. 259262
    akargher@glaserweil.com
5  GLASER WEIL FINK JACOBS
     HOWARD AVCHEN & SHAPIRO LLP
6  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
7  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920

8  Attorneys for Plaintiff Zhang Ziyi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-05216-DMG (PLAx)<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING ON MOTIONS FILED BY DEFENDANT WATSON MENG** |

# [PROPOSED] ORDER

There being good cause, as set forth in the Stipulation to Continue Hearing on Motions Filed by Defendant Weican Null "Watson" Meng filed by the parties on August 29, 2012, it is hereby ordered that the hearing on Defendant Weican Null "Watson" Meng's Motion to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to 12(b)(2) and Defendant Weican Null Meng's Special Motion to Strike Under California Civil Procedure § 425.16 shall be continued until October 12, 2012, at 9:30 a.m., and that this schedule may be further modified by stipulation and agreement of the Parties, or by the Court upon a showing of good cause.

Dated:  August __, 2012                 By: _____
                                             Honorable Dollie M. Gee
                                             United States District Court Judge