NOTE: CHANGES MADE BY THE COURT

JOHN MASON - State Bar No. 51116
 jmason@glaserweil.com
PATRICIA L. GLASER - State Bar No. 55688
 pglaser@glaserweil.com
ADAM LEBERTHON - State Bar No. 145226
 aleberthon@glaserweil.com
ALEXANDER M. KARGHER – State Bar No. 259262
 akargher@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff Zhang Ziyi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-05216-DMG (PLAx)<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING ON MOTIONS FILED BY DEFENDANT WATSON MENG [28]** |

# ORDER

There being good cause, as set forth in the Stipulation to Continue Hearing on Motions Filed by Defendant Weican Null "Watson" Meng filed by the parties on August 29, 2012, it is hereby ordered that the hearing on Defendant Weican Null "Watson" Meng's Motion to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to 12(b)(2), and Defendant Weican Null Meng's Special Motion to Strike Under California Civil Procedure § 425.16 shall be continued until October 12, 2012, at 9:30 a.m.  Further, the Scheduling Conference currently set for September 21, 2012 is hereby continued to October 12, 2012 at 9:30 a.m.

Dated:  September 4, 2012

Dolly M. Gee
United States District Judge