1 | LORING ROSE (State Bar No. 251727)
     loringrose@dwt.com
2 | DAVIS WRIGHT TREMAINE LLP
   | 865 South Figueroa Street, Suite 2400
3 | Los Angeles, California 90017-2566
   | Telephone: (213) 633-6800
4 | Fax: (213) 633-6899

5 | JAMES ROSENFELD (admitted pro hac vice)
     jamesrosenfeld@dwt.com
6 | DAVIS WRIGHT TREMAINE LLP
   | 1633 Broadway
7 | New York, New York 10019
   | Telephone: (212) 489-8230
8 | Fax: (212) 489-8340

9 | Attorneys for Defendant
10 | *CHINA FREE PRESS*

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ZHANG ZIYI, an individual,

        Plaintiff,

        vs.

CHINA FREE PRESS, a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual known as WATSON MENG and also WEICAN "WATSON" MENG; and DOES 1-25, inclusive,

        Defendants.

Case No. CV 12-5216-DMG (PLA)

**DECLARATION OF JAMES ROSENFELD**

Hearing Date: October 12, 2012
Courtroom: 7
Time: 9:30 a.m.

Action Filed: June 14, 2012

## DECLARATION OF JAMES ROSENFELD

1

2      I, James Rosenfeld, declare as follows:

3      1.      I am a member of the bar of the State of New York and have been

4 admitted to appear in this action *pro hac vice*. I am a member of the firm of Davis

5 Wright Tremaine LLP, and one of the attorneys representing China Free Press

6 ("CFP") in this matter. The facts stated below are true of my own personal

7 knowledge, and if called to testify, I could and would competently testify thereto.

8      2.      On August 14, 2012, I met and conferred with counsel for Plaintiff

9 telephonically, pursuant to Local Rule 7-3, regarding CFP's proposed special

10 motion to strike under C.C.P. 425.16. The parties could not reach agreement and

11 Plaintiff's counsel indicated that Plaintiff would oppose this Motion.

12      I declare under penalty of perjury under the laws of the United States of

13 America that the foregoing is true and correct.

14

Executed this 7th day of September, 2012 at New York, New York.

15

16                 By: _____/s/James Rosenfeld_____

17                         James Rosenfeld

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JAMES ROSENFELD
DWT 20284277v1 0200500-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899