1 | LORING ROSE (State Bar No. 251727)
    loringrose@dwt.com
2 | DAVIS WRIGHT TREMAINE LLP
3 | 865 South Figueroa Street, Suite 2400
  | Los Angeles, California 90017-2566
4 | Telephone: (213) 633-6800
  | Fax: (213) 633-6899

5 | JAMES ROSENFELD (admitted pro hac vice)
6 |  jamesrosenfeld@dwt.com
  | DAVIS WRIGHT TREMAINE LLP
7 | 1633 Broadway
  | New York, New York 10019
8 | Telephone: (212) 489-8230
  | Fax: (212) 489-8340

9 |
10 | Attorneys for Defendant
   | *CHINA FREE PRESS*

11 |
12 |                 UNITED STATES DISTRICT COURT
13 |                CENTRAL DISTRICT OF CALIFORNIA

14 |
15 | ZHANG ZIYI, an individual,        ) Case No. CV 12-5216-DMG (PLA)
                                       )
16 |               Plaintiff,          )
                                       )
17 |                                   )
   |      vs.                          ) DECLARATION OF
18 |                                   ) MICHAEL GOETTIG
                                       )
19 |                                   )
20 | CHINA FREE PRESS, a North         )
   | Carolina non-profit corporation  )
21 | doing business as BOXUN NEWS;     )
   | WEICAN NULL MENG, an              )
22 | individual known as WATSON        )
   | MENG and also WEICAN              )
23 | "WATSON" MENG; and DOES 1-        ) Action Filed: June 14, 2012
   | 25, inclusive,                    )
24 |                                   )
   |               Defendants.         )
25 | _____  )

26 |
27 |
28 |

_____
DECLARATION OF MICHAEL GOETTIG
DWT 20290712v1 0200500-000001

## DECLARATION OF MICHAEL GOETTIG

I, Michael Goettig, declare as follows:

1.    I am an attorney associated with Vedder Price, a law firm, and a Board Member of China Free Press, Inc. ("CFP"), a non-profit organization devoted to promoting free speech and democracy in China.  I am involved in the above-captioned matter only in the latter capacity, *i.e.,* as a party representative, and not as counsel for any party.  I make this declaration in order to set forth certain facts regarding CFP, which I have personal knowledge of based on my experience as a Board Member, my participation in Board meetings and my review of CFP's annual statements.  I am fully familiar with the facts and circumstances set forth herein.  The facts stated below are true of my own personal knowledge, except where indicated that they are upon information and belief, and, if called to testify, I could and would competently testify thereto.

My Background

2.    I lived and worked in China for seven years as a Peace Corps volunteer, entrepreneur and freelance journalist.  During that time, I was a writer and editor for ChinaNow.com, one of China's first bilingual arts and culture websites, and I also contributed articles to the *South China Morning Post*, the *Far Eastern Economic Review* and the Asian edition of *Time*.

3.    Since returning to the United States, I have remained interested and involved in Chinese affairs.  While enrolled in law school at Columbia University, I was the Editor in Chief of the *Columbia Journal of Asian Law*.  During law school, I worked with Human Rights Watch and the American Bar Association's Asia Law Initiative (both in Beijing), and worked as a Research Assistant in a course addressing China's rapidly changing legal system.

China Free Press ("CFP")

4.    In 2006, I became a Board Member of CFP.

DECLARATION OF MICHAEL GOETTIG
DWT 20290712v1 0200500-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5.     CFP was incorporated under North Carolina law in 2004 and was classified by the Internal Revenue Service as a public charity exempt from federal taxes under section 501(c)(3) of the Internal Revenue Code.  True and correct copies of its Certificate of Incorporation and documentation from the I.R.S. of its 501(c)(3) status are annexed to this affidavit as Exhibits A and B, respectively.

6.     The Chinese government has blocked most outside news websites so they are inaccessible within China; closed Chinese websites that provide forbidden political content and/or information reflecting popular dissatisfaction with official conduct; and jailed many Chinese journalists.  Both Reporters Without Borders and the Committee to Protect Journalists have ranked China as the world's single greatest actor in jailing journalists.

7.     The mission of CFP is to promote free speech and democracy in China.  To accomplish this goal, CFP supports writers and reporters in China by providing free web hosting to websites on which Chinese dissidents report and comment on affairs from China.  CFP believes that freedoms of speech and the press contribute directly to ongoing reform efforts in mainland China.

8.     By working with reporters, human right activists and website administrators, CFP plays a leading role in breaking the media monopoly in China by leveraging the power of the Internet.  Since its inception, CFP has provided free web hosting to over a dozen well-known websites for Chinese dissidents, including newcenturynews.com, chinesepen.org, msguancha.com, weiquanwang.org, boxun.com ("Boxun") and others.  Each month, hundreds of thousands of readers access the 12 news websites hosted by CFP.

9.     Websites hosted by CFP have broken news stories about some of the most prominent newsworthy incidents in China, including the SARS scandal, the avian flu outbreak, and the complicity of Yahoo in China's arrest of Internet dissidents.  One of these websites, Boxun, has been a major source of uncensored news in China since 2000, regularly covering instances of human rights violations.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

10.     CFP plays no editorial role with respect to any of the websites it hosts, including Boxun; it has no involvement in creating, selecting, screening, reviewing or editing content.  CFP instead performs a "host" function, by providing the servers on which the websites reside.  Neither CFP nor any of its Board Members (with the exception of Watson Meng, in his individual capacity) had a role in creating, selecting, reviewing, editing or publishing the articles at issue in this lawsuit.

11.     CFP has two of its own websites, Chinafreepress.org and Canyu.org, although only Canyu.org is updated regularly.  CFP does not publish Boxun or any websites other than these two sites.

12.     CFP has been fully funded by the National Endowment for Democracy since 2005.  The annual grant amount is currently $220,000.

13.     The Board of Directors of CFP currently has five members:  <u>Xiao Qiang</u>, the founder and Editor-in-Chief of China Digital Times, an Adjunct Professor at UC Berkeley's Graduate School of Journalism, human rights activist and MacArthur fellow (2001); <u>Nathan Freitas</u>, a mobile software developer, entrepreneur and activist who leads the Guardian Project, an effort to build secure, open-source mobile solutions for activities, journalists and human rights organization; <u>Bei Feng (Wen Yunchao)</u>, a Chinese television journalist and newspaper editor who has become a well-known blogger and advocate for efforts to break online censorship; <u>Watson Meng</u>, a former engineer and executive who founded the Boxun website and is a prominent advocate for free speech and a free press in China; and <u>myself</u>.

14.     Although Mr. Meng is a Board Member, his involvement as a reporter for Boxun is in his individual capacity and completely outside the scope of his duties as a CFP director.

15.     CFP has no involvement in the operations or management of Boxun or Yeeka, LLC.  Neither I nor any of the other Board Members or employees of CFP (other than Watson Meng, in his individual capacity) have any involvement in the

3

DECLARATION OF MICHAEL GOETTIG

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

operations or management of Boxun or Yeeka. CFP simply hosts that site, as it does a number of others.

16.    CFP has a staff of four independent contractors. None of CFP's independent contractors do any work for Yeeka or Boxun. Likewise, none of Yeeka's independent contractors do any work for CFP.

17.    CFP maintains its own bank account (a requirement of its grantor) and its own books and records. None of CFP's funds are commingled with those of Yeeka. Neither CFP nor Yeeka has ever paid the expenses or debts of the other entity. Salaries and expenses for CFP are paid from CFP's account.

18.    CFP and Yeeka do not share the same attorneys or accountants.

19.    Although CFP and Yeeka do share a post office box, CFP operates out of its own rented office space in Durham, North Carolina.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of September, 2012 at New York, New York.

By: _____

Michael Goettig

_____
DECLARATION OF MICHAEL GOETTIG

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT A



# NORTH CAROLINA
## Department of The Secretary of State

To all whom these presents shall come, Greetings:

    **I, ELAINE F. MARSHALL,** Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

### ARTICLES OF INCORPORATION

### OF

### CHINA FREE PRESS, INC.

the original of which was filed in this office on the 19th day of March, 2004.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 19th day of March, 2004

*Elaine F. Marshall*

**Secretary of State**

Document Id:  C20040780002
7

EXHIBIT B

INTERNAL REVENUE SERVICE                         DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH  45201

Date:          **SEP 2 4 2008**            Employer Identification Number:
                                             41-2132688
                                           DLN:
                                             17053250702088
CHINA FREE PRESS                           Contact Person:
4711 HOPE VALLEY RD STE 122                  SHAWNDEA KREBS         ID# 31072
DURHAM, NC  27707                          Contact Telephone Number:
                                             (877) 829-5500
                                           Public Charity Status:
                                             170(b)(1)(A)(vi)

Dear Applicant:

Our letter dated April 2005, stated you would be exempt from Federal
income tax under section 501(c)(3) of the Internal Revenue Code, and you would
be treated as a public charity, rather than as a private foundation, during
an advance ruling period.

Based on the information you submitted, you are classified as a public charity
under the Code section listed in the heading of this letter.  Since your
exempt status was not under consideration, you continue to be classified as
an organization exempt from Federal income tax under section 501(c)(3) of the
Code.

Publication 557, Tax-Exempt Status for Your Organization, provides detailed
information about your rights and responsibilities as an exempt organization.
You may request a copy by calling the toll-free number for forms,
(800) 829-3676.  Information is also available on our Internet Web Site at
www.irs.gov.

If you have general questions about exempt organizations, please call our
toll-free number shown in the heading.

Please keep this letter in your permanent records.

                                  Sincerely yours,

                                  Robert Choi
                                  Director, Exempt Organizations
                                  Rulings and Agreements

                                                 Letter 1050 (DO/CG)

                                    {/