JOHN MASON - State Bar No. 51116
 jmason@glaserweil.com
PATRICIA L. GLASER - State Bar No. 55688
 pglaser@glaserweil.com
ADAM LEBERTHON - State Bar No. 145226
 aleberthon@glaserweil.com
ALEXANDER M. KARGHER – State Bar No. 259262
 akargher@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff Zhang Ziyi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-05216-DMG (PLAx)<br><br>**SECOND STIPULATION TO FURTHER CONTINUE HEARING ON MOTIONS FILED BY DEFENDANT WEICAN NULL "WATSON" MENG AND CONTINUE HEARING ON MOTION FILED BY CHINA FREE PRESS, INC.** |

**SECOND STIPULATION TO CONTINUE HEARING ON MOTIONS**

778982

This Stipulation is by and between Plaintiff Zhang Ziyi ("Plaintiff"), on the one hand, and Defendants Weican Null Meng ("Meng") and China Free Press, Inc. ("CFP"), on the other hand. Plaintiff, Meng and CFP are referred to collectively as the Parties. This stipulation is made with reference to the following facts:

## RECITALS

1. On or about August 15, 2012, Meng filed Defendant Weican Null "Watson" Meng's Motion to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to 12(b)(2) ("Motion to Dismiss");

2. On or about August 16, 2012, the Court scheduled the hearing on Meng's Motion to Dismiss for September 21, 2012, at 9:30am;

3. On or about August 18, 2012, Meng filed Defendant Weican Null Meng's Special Motion to Strike Under California Civil Procedure § 425.16 ("Meng's Motion to Strike");

4. On or about August 20, 2012, Meng filed Defendant Weican Null Meng's Notice of Special Motion to Strike Under California Civil Procedure § 425.16 scheduling the hearing on his Motion to Strike for September 21, 2012, at 9:30am;

5. On or about August 31, 2012, Plaintiff and Meng filed a Stipulation to Continue Hearing on Motions Filed by Defendant Weican Null "Watson" Meng requesting that the hearing on Meng's Motion to Dismiss and Motion to Strike be continued to October 12, 2012, so that Plaintiff could conduct discovery for purposes of opposing the two motions;

6. On or about September 4, 2012, the Court entered an Order re Stipulation to Continue Hearing on Motions Filed by Defendant Watson Meng continuing the hearing on Meng's two Motions to October 12, 2012, and also continuing the Scheduling Conference to October 12, 2012 as well;

7. On or about September 7, 2012, CFP filed a Special Motion of China Free Press to Strike Plaintiff's Complaint ("CFP's Motion to Strike"), which was set for hearing on October 12, 2012;

8.  On or about September 7, 2012, Plaintiff noticed the depositions of Meng and Meng's expert witness (Mary Hausch) for September 13, 2012. Counsel for CFP informed counsel for Plaintiff and Meng that he was not available for the depositions as noticed, and he asked that the depositions be rescheduled;

9.  Counsel for parties have now met and conferred and agreed to further continue the date for the hearing on Meng's Motion to Dismiss and Meng's Motion to Strike and continue the hearing date on CFP's Motion to Strike to November 16, 2012, to give Plaintiff time to conduct discovery relevant to the motions, including, without limitation, the depositions of Meng, Meng's expert witness (Mary Hausch), and CFP board member Michael Goettig for purposes of opposing the three Motions. The scope of the discovery (including accompanying requests for production of documents), will be limited to issues related to Meng's Motion to Dismiss, Meng's Motion to Strike and CFP's Motion to Strike.

## STIPULATION

Based on the above facts, the Parties hereby stipulate, agree and ask the Court to order as follows:

1.  The hearing on Meng's Motion to Dismiss, Meng's Motion to Strike and on CFP's Motion to Strike shall be continued until November 16, 2012, at 9:30am.

DATED: September 14, 2012

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Adam LeBerthon
JOHN MASON
PATRICIA L. GLASER
ADAM LEBERTHON
ALEXANDER M. KARGHER
Attorneys for Plaintiff Zhang Ziyi

DATED: September 14, 2012          RANDAZZA LEGAL GROUP


By: /s/ Marc J. Randazza
    MARC J. RANDAZZA
    JASON A. FISCHER
    Attorneys for Defendant Weican Null Meng


DATED: September 14, 2012          DAVID WRIGHT TREMAINE LLP


By: /s/ James Rosenfeld
    JAMES ROSENFELD
    LORING ROSE
    Attorneys for Defendant
    China Free Press, Inc.