JOHN MASON - State Bar No. 51116
jmason@glaserweil.com
PATRICIA L. GLASER - State Bar No. 55688
pglaser@glaserweil.com
ADAM LEBERTHON - State Bar No. 145226
aleberthon@glaserweil.com
ALEXANDER M. KARGHER – State Bar No. 259262
akargher@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff Zhang Ziyi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-05216-DMG (PLAx)<br><br>**[PROPOSED] ORDER RE SECOND STIPULATION TO FURTHER CONTINUE HEARING ON MOTIONS FILED BY DEFENDANT WEICAN NULL "WATSON" MENG AND CONTINUE HEARING ON MOTION FILED BY CHINA FREE PRESS, INC.** |

# [PROPOSED] ORDER

There being good cause, as set forth in the Second Stipulation to Further Continue Hearing on Motions Filed by Defendant Weican Null "Watson" Meng and Continue Hearing on Motion filed by China Free Press, Inc. filed by the parties on September 14, 2012, it is hereby ordered that the hearing on Defendant Weican Null "Watson" Meng's Motion to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to 12(b)(2), Defendant Weican Null Meng's Special Motion to Strike Under California Civil Procedure § 425.16, and the Special Motion of China Free Press to Strike Plaintiff's Complaint shall be continued until November 16, 2012, at 9:30 a.m., and that this schedule may be further modified by stipulation and agreement of the Parties, or by the Court upon a showing of good cause.

Dated: September __, 2012        By: _____
                                     Honorable Dollie M. Gee
                                     United States District Court Judge