1  LORING ROSE (State Bar No. 251727)
     loringrose@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, Suite 2400
3  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
4  Fax:  (213) 633-6899

5  JAMES ROSENFELD (admitted pro hac vice)
     jamesrosenfeld@dwt.com
6  DAVIS WRIGHT TREMAINE LLP
   1633 Broadway
7  New York, New York  10019
   Telephone:  (212) 489-8230
8  Fax:  (212) 489-8340

9  Attorneys for Defendant
10 CHINA FREE PRESS
11 (erroneously sued herein as "China Free Press
   doing business as Boxun News")

12            UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14

15  ZHANG ZIYI, an individual,            ) Case No. CV 12-5216-DMG (PLA)
                                          )
16                    Plaintiff,          )
                                          ) Assigned to the Hon. Dolly M. Gee
17                                         )
                                          )
18          vs.                            ) **NOTICE OF WITHDRAWAL OF**
                                          ) **SPECIAL MOTION OF CHINA**
19                                         ) **FREE PRESS TO STRIKE**
                                          ) **PLAINTIFF'S COMPLAINT**
20  CHINA FREE PRESS, a North             )
21  Carolina non-profit corporation       ) **[Cal. Code Civ. Proc. § 425.16]**
    doing business as BOXUN NEWS;         )
22  WEICAN NULL MENG, an                   ) Hearing Date: November 16, 2012
    individual known as WATSON            ) Courtroom:    7
23  MENG and also WEICAN                   ) Time:         9:30 a.m.
    "WATSON" MENG; and DOES 1-            )
24  25, inclusive,                         )
                                          ) Action Filed: June 14, 2012
25                    Defendants.          )
                                          )
26  _____)

27

28

NOTICE OF WITHDRAWAL
DWT 20508301v1 0200500-000001

1  TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR

2  ATTORNEYS OF RECORD:

3       PLEASE TAKE NOTICE that, pursuant to Local Rule 7-16, Defendant

4  CHINA FREE PRESS ("CFP"), will and hereby does withdraw without prejudice its

5  motion pursuant to Section 425.16 of the California Civil Procedure Code for an

6  order striking the Complaint (the "Motion," *see* Doc. 32).  Said Motion is set for

7  hearing on November 16, 2012, at 9:30 a.m. in Courtroom 7 of the above-entitled

8  court.

9

10

11  DATED: October 11 , 2012      DAVIS WRIGHT TREMAINE LLP
                                  JAMES ROSENFELD (admitted pro hac vice)
12                                LORING ROSE

13

14

15                              By:    /s/*James Rosenfeld*
                                       _____
16                                          James Rosenfeld

17                              Attorneys for Defendant
                                CHINA FREE PRESS
18                              (erroneously sued herein as "China Free Press
19                              doing business as Boxun News")

20

21

22

23

24

25

26

27

28

**Error! Reference source not found.**
DWT 20508301v1 0200500-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899