1  JOHN MASON - State Bar No. 51116
   jmason@glaserweil.com
2  PATRICIA L. GLASER - State Bar No. 55688
   pglaser@glaserweil.com
3  ADAM LEBERTHON - State Bar No. 145226
   aleberthon@glaserweil.com
4  ALEXANDER M. KARGHER – State Bar No. 259262
   akargher@glaserweil.com
5  GLASER WEIL FINK JACOBS
     HOWARD AVCHEN & SHAPIRO LLP
6  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
   Telephone:  (310) 553-3000
7  Facsimile:   (310) 556-2920

8  Attorneys for Plaintiff Zhang Ziyi

9

10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

14

15 | ZHANG ZIYI, an individual,            | CASE NO.: 2:12-cv-05216-DMG (PLAx)
16 |                Plaintiff,              |
17 |                                        | **THIRD STIPULATION TO CONTINUE HEARING ON MOTIONS FILED BY DEFENDANT WEICAN NULL "WATSON" MENG**
18 |        v.                              |
19 | CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive, |
20 |                                        |
21 |                                        |
22 |                                        |
23 |                Defendants.             |
24

25

26

27

28

**THIRD STIPULATION TO CONTINUE HEARING ON MOTIONS**

This Stipulation is by and between Plaintiff Zhang Ziyi ("Plaintiff"), on the one hand, and Defendant Weican Null Meng ("Meng") on the other hand.  Plaintiff and Meng are referred to collectively as the Parties.  This stipulation is made with reference to the following facts:

RECITALS

1. On or about August 15, 2012, Meng filed Defendant Weican Null "Watson" Meng's Motion to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to 12(b)(2) ("Motion to Dismiss");

2. On or about August 16, 2012, the Court scheduled the hearing on Meng's Motion to Dismiss for September 21, 2012, at 9:30am;

3. On or about August 18, 2012, Meng filed Defendant Weican Null Meng's Special Motion to Strike Under California Civil Procedure § 425.16 ("Meng's Motion to Strike");

4. On or about August 20, 2012, Meng filed Defendant Weican Null Meng's Notice of Special Motion to Strike Under California Civil Procedure § 425.16 scheduling the hearing on his Motion to Strike for September 21, 2012, at 9:30am;

5. On or about August 31, 2012, Plaintiff and Meng filed a Stipulation to Continue Hearing on Motions Filed by Defendant Weican Null "Watson" Meng requesting that the hearing on Meng's Motion to Dismiss and Motion to Strike be continued to October 12, 2012, so that Plaintiff could conduct discovery for purposes of opposing the two motions;

6. On or about September 4, 2012, the Court entered an Order re Stipulation to Continue Hearing on Motions Filed by Defendant Watson Meng continuing the hearing on Meng's two Motions to October 12, 2012, and also continuing the Scheduling Conference to October 12, 2012 as well;

7. On or about September 7, 2012, CFP filed a Special Motion of China Free Press to Strike Plaintiff's Complaint ("CFP's Motion to Strike"), which was set for hearing on October 12, 2012;

**THIRD STIPULATION TO CONTINUE HEARING ON MOTIONS**

8. On or about September 14, 2012, the parties in this case filed a Second Stipulation to Further Continue Hearing on Motions Filed by Defendant Weican Null "Watson" Meng and Continue Hearing on Motion filed by China Free Press, Inc. (the "Second Stipulation");

9. On September 19, 2012, the Court entered an Order granting the Second Stipulation, continuing the hearing on the parties' pending motions from October 12, 2012 until November 16, 2012;

10. The Court subsequently continued the Scheduling Conference to November 16, 2012 to coincide with the hearing on the parties' pending motions;

11. On or about October 11, 2012, CFP withdrew its Special Motion to Strike Plaintiff's Complaint;

12. Between September 19 and today, Plaintiff's counsel and counsel for Defendant Meng have been conducting discovery in lieu of motion under Fed. R. Civ. P. 56(d). Defendant Meng has produced more than two hundred pages of documents to Plaintiff's counsel pursuant to this arrangement, and depositions of Defendant Meng and Professor Mary Hausch have commenced, but at this time, neither deposition has concluded;

13. Discovery is still ongoing, as scheduling has been complicated by the need for numerous translations for both oral testimony and written documents, and the physical distance between the parties and their counsel, necessitating additional time to complete the required discovery before Defendant Meng's pending motions can be opposed, fully briefed and heard;

14. Counsel for parties have now met and conferred and agreed to further continue the date for the hearing on Meng's Motion to Dismiss and Meng's Motion to Strike to December 21, 2012, to give Plaintiff time to complete discovery relevant to the motion, including, without limitation, finishing the depositions of Meng and Meng's expert witness (Mary Hausch), and review of all documents produced to date. The scope of the discovery remains limited to issues related to Meng's Motion to

1  Dismiss and Meng's Motion to Strike, and which would be permitted in a motion
2  brought under Fed. R. Civ. P. 56(d).

## STIPULATION

Based on the above facts, the Parties hereby stipulate, agree and ask the Court to order as follows:

1. The hearing on Meng's Motion to Dismiss and Meng's Motion to Strike shall be continued until December 21, 2012, at 9:30am.

2. The Scheduling Conference shall be continued until December 21, 2012 at 9:30am.

DATED: October 19, 2012                GLASER WEIL FINK JACOBS
                                       HOWARD AVCHEN & SHAPIRO LLP


                                       By: /s/ Adam LeBerthon
                                           JOHN MASON
                                           PATRICIA L. GLASER
                                           ADAM LEBERTHON
                                           ALEXANDER M. KARGHER
                                           Attorneys for Plaintiff Zhang Ziyi


DATED: October 19, 2012                RANDAZZA LEGAL GROUP


                                       By: /s/ Marc J. Randazza
                                           MARC J. RANDAZZA
                                           JASON A. FISCHER
                                           Attorneys for Defendant Weican Null Meng