|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| ... |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>           Plaintiff,<br><br>  v.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>           Defendants. | CASE NO.: 2:12-cv-05216-DMG (PLAx)<br><br>**[PROPOSED] ORDER GRANDTING THIRD STIPULATION TO CONTINUE HEARING ON MOTIONS FILED BY DEFENDANT WEICAN NULL "WATSON" MENG** |

1  Upon consideration of the Parties' Third Stipulation to Continue Hearing on
2  Motions, and upon the entire record before this Court, the Court hereby GRANTS the
3  request of the Parties.  The hearing on Meng's Motion to Dismiss and Meng's Motion
4  to Strike shall be continued until December 21, 2012, at 9:30am.  The Scheduling
5  Conference shall also be continued until December 21, 2012, at 9:30am.
6
7  DATED:  October __, 2012
8  _____
   Hon. Dolly M. Gee
   U.S. District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28