# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual known as WATSON MENG and also WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. CV12-5216-DMG (PLAX)<br><br>**[PROPOSED] ORDER** |

**IT IS HEREBY ORDERED THAT**:

    1.    Defendant Meng is GRANTED leave to supplement its Special Motion to Strike Under California Civil Procedure § 425.16 with the recently received Declaration of David Ardia; or

2. Defendant Meng is GRANTED relief from the scheduling order to file the Declaration of David Ardia with an amended motion to strike.

**IT IS SO ORDERED.**

Dated November ___, 2012

_____
Hon. Dolly M. Gee