1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual known as WATSON MENG and also WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>  Defendants. | Case No. CV12-5216-DMG (PLAX)<br><br>**ORDER RE DEFENDANTS'** *EX PARTE* **APPLICATION FOR LEAVE TO SUPPLEMENT SPECIAL MOTION TO STRIKE [39]** |

The Court, having read and considered the papers in support of and in opposition to Defendants' Ex Parte Application for leave to supplement their special motion to strike under Cal. Civ. Proc. Code § 425.16, **IT IS HEREBY ORDERED THAT**:

1. Defendant Meng is GRANTED leave to supplement its Special Motion to Strike Under California Civil Procedure § 425.16 with the Declaration of David Ardia;

2. If Plaintiff wishes to take the deposition of David Ardia, the parties shall meet and confer to schedule the deposition to take place in December 2012;

3. The hearing on Defendant Meng's Motion to Dismiss and Motion to Strike, as well as the Scheduling Conference, are continued from December 21, 2012 at 9:30 a.m. to January 25, 2013 at 9:30 a.m.; and

4. The Court expects the parties to litigate this case to its conclusion in a professional and courteous manner—the *ex parte* application would have been wholly unnecessary if the parties had met and conferred in a meaningful fashion to reach a reasoned accommodation of mutual interests.

**IT IS SO ORDERED.**

Dated: November 29, 2012

_____
Dolly M. Gee
United States District Judge