UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZHANG ZIYI, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. |
| | ) | CV 12-5216-DMG(PLAX) |
| CHINA FREE PRESS, INC., a | ) | |
| North Carolina non-profit | ) | |
| corporation doing business as | ) | |
| BOXUN NEWS; WEICAN NULL MENG, | ) | |
| an individual also known as | ) | |
| WATSON MENG and also known as | ) | |
| WEICAN "WATSON" MENG; DOES | ) | |
| 1-25, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

VIDEOTAPED DEPOSITION OF WEICAN "WATSON" NULL MENG

VOLUME II

Las Vegas, Nevada

Wednesday, October 17, 2012

REPORTED BY:  PEGGY S. ELIAS, RPR
Nevada CCR No. 274 - California CSR No. 8671
JOB NO.: 168132

Case 2:12-cv-05216-DMG-PLA  Document 43-7  Filed 12/24/12  Page 2 of 19  Page ID #:565
WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

Page 2

```
 1              Deposition of WEICAN "WATSON" NULL MENG,

 2    VOLUME II, taken at Glaser Weil Fink Jacobs Howard &

 3    Shapiro LLP, 3763 Howard Hughes Parkway, Suite 300,

 4    Las Vegas, Nevada, on Wednesday, October 17, 2012, at

 5    10:31 a.m., before Peggy S. Elias, Certified Court

 6    Reporter in and for the State of Nevada.

 7

 8                    APPEARANCES OF COUNSEL

 9

      For Plaintiff:
10
              ADAM LE BERTHON, ESQ.
11            Glaser Weil Fink Jacobs Howard & Shapiro LLP
              10250 Constellation Boulevard, 19th Floor
12            Los Angeles, California 90067
              310.553.3000
13            310.843.2630
              aleberthon@glaserweil.com
14

15    For Defendants:

16            MARC JOHN RANDAZZA, ESQ.
              J. MALCOLM DEVOY, ESQ.
17            Randazza Legal Group
              6525 West Warm Springs Road, Suite 100
18            Las Vegas, Nevada 89118
              888.667.1113
19            305.437.7662 Fax
              mjr@randazza.com
20

21    Also Present:

22            NATHAN COLLINS, VIDEOGRAPHER
              YAOMIN LEI, INTERPRETER
23            XIAOSHENG HUANG

24

25
```

WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

```
1                    INDEX OF EXAMINATION

2    WITNESS:  WEICAN "WATSON" NULL MENG, VOLUME II

3    EXAMINATION                                   PAGE

4    By Mr. Le Berthon                                5

5

6                    INDEX TO EXHIBITS

7    NUMBER         DESCRIPTION                    PAGE

8    Exhibit 26    Donation List from PayPal         11

9    Exhibit 27    Notice of Deposition of Weican    16
                   "Watson" Null Meng and Request for
10                 Production of Documents

11   Exhibit 28    Defendant Weican Null Meng's      16
                   Response to Plaintiff Zhang Ziyi's
12                 Requests for Production of Documents

13   Exhibit A     Articles Published From the Same  68
                   Source

14

15

16

17

18

19

20

21

22

23

24

25
```

WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

1    of the -- anything relevant to China.  So when we

2    started report the Zhang Ziyi scandal, it was

3    classified and the hot topic of Bo Xilai, Wang Lijun.

4              (To interpreter) You can spell that.

5              THE INTERPRETER:  Wang Lijun.

6              THE WITNESS:  Jun, J-u...

7              THE INTERPRETER:  J-u-n.

8              THE WITNESS:  J-u-n, yeah.

9              THE INTERPRETER:  J-u-n.

10             THE WITNESS:  Okay, Wang Lijun.  W-a-n-g.

11             THE INTERPRETER:  Yeah.

12             THE WITNESS:  L-i-j-u-n, Wang Lijun.

13             Just so you know -- you know, usually you

14   print out the report on Zhang Ziyi, the -- you know,

15   particularly -- particularly, we printed under this

16   whole scandal of Bo Xilai, not Zhang Ziyi.

17             So this is not a small, you know, case.  If

18   you read the history of Boxun, we have so many

19   journalists in China ended in jail.  There's two of

20   them who I know.  One is Li Changqing, L-i

21   C-h-a-n-g-q-i-n-g.

22             He was jailed three years just because he

23   wrote a report to us to expose one of the dengue fever,

24   d-e-n-g-u-e, fever, f-e-v-e-r.  There's, you know,

25   disease; just the simple -- you know, he simply

Case 2:12-cv-05216-DMG-PLA   Document 43-7   Filed 12/24/12   Page 5 of 19   Page ID
#:568
WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

Page 34

 1    reported something happening, and then he was sentenced

 2    three years in jail.

 3              Another journalist, Sun Lin, S-u-n L-i-n, he

 4    reported human rights issues in his city --

 5              (Reporter interrupted.)

 6              Human rights issues.  And he was arrested in

 7    2007 and sentenced four years, and also his wife

 8    received -- received one-year sentence because his wife

 9    helped him to took -- to take videos of, you know, some

10    human rights abuse cases.

11              So this is -- Zhang Ziyi case, you know,

12    Bo Xilai scandal is biggest in the last few decades in

13    China.  So we can imagine how important to Chinese

14    government, how much they care, you know, who gave us

15    the information.

16              It's not -- we're not trying to make it looks

17    dangerous.  It is dangerous.  If the source be known by

18    anybody, by Chinese government, I don't think the

19    person will be in jail a few years.  More likely will

20    be killed for some reason.

21              That's common practice in China.  So that's

22    why, you know, certain information I cannot give that's

23    not -- not necessary.  I'm not willing to give but just

24    I can't.

25    ///

WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

1      Q.   Did the source come to you with this story,
2  or did you go to the source?
3      A.   I would say it's a development, not -- I did
4  not, you know, ask anybody to say can we find any
5  stories about Zhang Ziyi.  No, this is not the case.
6  As I said, this report came out.  It's part of a story
7  we had been reporting since February 2nd.
8           So this is a story came up when I discussed
9  with my sources about the development of the case
10  Zhang -- sorry, Bo Xilai scandal.
11           THE INTERPRETER:  Bo Xilai scandal.
12           THE WITNESS:  So -- I'm not sure this answers
13  your question.
14  BY MR. LE BERTHON:
15      Q.   How many sources provided you information for
16  purposes of this article?
17      A.   I would say this story was produced based on
18  my research.  Also, I talked to different people.  At
19  first, when I learned Zhang Ziyi slept with Bo Xilai --
20           THE INTERPRETER:  Slept with Bo Xilai.
21           THE WITNESS:  -- I could not believe it; so I
22  even challenged my source, but my source or my sources
23  told me more than this.  I learned much more than what
24  we published; so...
25           For example, one source told me Zhang Ziyi is

Case 2:12-cv-05216-DMG-PLA   Document 43-7   Filed 12/24/12   Page 7 of 19   Page ID #:570
WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

Page 40

```
 1    a professional prostitute.  I asked -- I asked why.
 2    The person told me Zhang Ziyi goes after businessmen in
 3    parties.  If she knows a businessman has a lot of
 4    money, she will approach the person, say something like
 5    do you have time tonight.
 6          So that's -- also, I learned a story -- not
 7    story -- something she did.  When she was making movie
 8    in Tianjin, T-i-a-n-j-i-n, is a city about 100 miles
 9    east of Beijing.
10          THE INTERPRETER:  100 miles east of Beijing.
11          THE WITNESS:  On the way back to Beijing from
12    Tianjin, there was a driver.  There was another guy
13    sitting in the passenger's seat in front.  Zhang Ziyi
14    was sitting in the back seat with a person who
15    sponsored the movie.  So I was told Zhang Ziyi had
16    inappropriate actions in the car, kind of sex; I don't
17    know what kind of sex.
18          So I did some research, too.  In 2010,
19    January, Zhang Ziyi was in another scandal that was
20    reported widely in China newspapers.
21          THE INTERPRETER:  Was reported widely in
22    China newspaper.
23          THE WITNESS:  Widely.
24          In that sandal Zhang Ziyi was -- said, you
25    know, was reported, she received about 200 million RMB
```

WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

```
 1    from Mr. A, a businessman in Shanghai.  She did not

 2    give the name of the businessman.

 3              MR. RANDAZZA:  200 million what?

 4              THE WITNESS:  200 million RMB.

 5              THE INTERPRETER:  RMB.

 6              THE WITNESS:  Not money.  Not only money.

 7    It's like properties, jewelries.

 8              So that -- that scandal made Zhang Ziyi a

 9    lawsuit against a lady who was suspicious that her to

10    expose this to media.  So that's a big story and --

11              THE INTERPRETER:  Was suspicion, who's

12    suspicious about the one who leaked the story out.

13              THE WITNESS:  I also learned from Zhao Yan,

14    Z-h-a-o Y-a-n -- Zhao Yan is in New York now.  He used

15    to work for New York Times in Beijing, but in 2007

16    Zhao Yan was sentenced three years because of -- he was

17    suspicious of leaking the information of the Chinese

18    leaders to the foreign media, but he denied although --

19    but she served in jail -- he, sorry -- he served in

20    jail for three years, from 2007 to 2009.

21              One information he told me, when he was in

22    jail, one of his inmate -- now this inmate is in

23    New Zealand, and he --

24              THE INTERPRETER:  He's in New Zealand.  He's

25    in New Zealand.
```

WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

1              THE WITNESS:  That inmate was a businessman,

2      told him the businessman himself slept with Zhang Ziyi

3      by paying the money --

4              THE INTERPRETER:  The businessman himself has

5      slept with Zhang Ziyi.

6              THE WITNESS:  So all the pieces -- also, of

7      course, in Chinese media or Internet, there was list of

8      businessmen that people say --

9              THE INTERPRETER:  A list of the businessmen

10     who say.

11             THE WITNESS:  -- have close relationship with

12     Zhang Ziyi, and so all pieces press with me, Zhang Ziyi

13     is not surprise anymore.

14             (Reporter interrupted.)

15             THE INTERPRETER:  No, all this story has --

16             THE WITNESS:  All the pieces of --

17             THE INTERPRETER:  All pieces of --

18             THE WITNESS:  -- the information --

19             THE INTERPRETER:  -- the information.

20             THE WITNESS:  -- make me believe what I was

21     told, but we did not report Zhang Ziyi as a prostitute.

22     We did not report information -- I'll say report those

23     dirtiest part of what we believe Zhang Ziyi has been

24     doing.  We only choose small part we learned has a

25     connection with the politics in China.

Case 2:12-cv-05216-DMG-PLA   Document 43-7   Filed 12/24/12   Page 10 of 19   Page ID #:573
WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

Page 43

1          MR. RANDAZZA:  Did you say what, the dirtiest

2     part?

3          THE WITNESS:  No.

4          MR. RANDAZZA:  Oh, what did you say?

5          THE WITNESS:  Yes, we did not report the

6     dirtiest of her personal or private life.

7     BY MR. LE BERTHON:

8          **Q.   Sir, so I'm clear, how many sources did you**

9     **use for this article that's been marked as Exhibit 11**

10    **dated May 28, 2012?**

11         A.   Directly relevant source, I would say two,

12    but indirectly, for those, you know, relevant to

13    Zhang Ziyi's behavior, I would say multiple --

14         THE INTERPRETER:  Multiple.

15         THE WITNESS:  -- resources for the whole

16    report.  I mean, directly relevant, the inmate of

17    Zhao Yan who was a friend of Xu Ming.  So that's

18    direct --

19         MR. RANDAZZA:  Was what?

20         THE INTERPRETER:  A friend of Xu Ming.

21         THE WITNESS:  Xu Ming, the businessman in

22    this report, X-u M-i-n-g.

23         These are the classmates or close friend.

24    Beyond that, Zhang Ziyi was not be able to attend two

25    big international movie festivals in that period of

Case 2:12-cv-05216-DMG-PLA   Document 43-7   Filed 12/24/12   Page 11 of 19   Page ID #:574
WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

Page 44

```
 1    time.  So, as a regular person, the people -- that's
 2    part of indirect evidence.  She was banned to leave the
 3    country at that period.
 4              THE INTERPRETER:  She was banned to leave the
 5    country.
 6    BY MR. LE BERTHON:
 7        Q.    Just because Ms. Zhang didn't attend these
 8    two movie festivals, you believe that's evidence that
 9    she was forbidden from leaving China?
10        A.    I would say that's only part of the indirect
11    information support what I learned.  I learned she was
12    not allowed to leave the country at that time.
13        Q.    Okay.  You said there were two sources of
14    information for this article?
15        A.    Yes.
16        Q.    Who were the sources?  What were their names?
17        A.    As we discussed earlier, I cannot give the
18    names.
19              MR. RANDAZZA:  I'm going to object to the
20    question on the basis of relevance.
21              THE WITNESS:  The only name I can say or
22    mention is Zhao Yan.  So he can be one of the source.
23    The name can be known.  So for other sources I cannot
24    name; I cannot give off the name.
25    ///
```

WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

Page 56

```
 1   BY MR. LE BERTHON:
 2        Q.    So I'm clear, then, your understanding is
 3   Xu Ming was interrogated by the Chinese government;
 4   that Xu Ming disclosed as part of the interrogation
 5   that Zhang Ziyi had a relationship with Xu Ming,
 6   correct?
 7        A.    This part is correct.  Not complete.
 8        Q.    Oh, I'm not done.
 9        And it is your understanding that, as part of
10   the interrogation, Xu Ming also disclosed that
11   Zhang Ziyi worked as a prostitute and had sex with
12   Bo Xilai; is that what you're telling me?
13        A.    I would put it this way:  Yes, Xu Ming told
14   the interrogating, Xu Ming himself has a relationship
15   with Zhang Ziyi.  Also, Zhang Ziyi slept with Bo Xilai,
16   but this part of the story I don't think we should put
17   Zhang Ziyi under the title of prostitute.  It's more
18   like in the U.S., gold digger, especially in China,
19   as --
20             MR. RANDAZZA:  Like what?
21             THE WITNESS:  A gold digger.
22             THE INTERPRETER:  Gold digger.
23             MR. RANDAZZA:  Gold digger?
24             THE WITNESS:  Yeah.
25             It's very -- in China, I don't think
```

WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

Page 57

```
 1    Zhang Ziyi has a choice if -- you know, if a politician

 2    wants to sleep with a movie star, more likely the movie

 3    star has no choice.  You have to do so.  So in this

 4    case all of this been arranged by Xu Ming.

 5               THE INTERPRETER:  All this was arranged by Xu

 6    Ming.

 7               THE WITNESS:  So Xu Ming was trying to please

 8    a politician.  Xu Ming was trying to get business from

 9    this politician because of arranged woman, gave him a

10    bribery.

11               THE INTERPRETER:  Gave bribery.

12               THE WITNESS:  So that's part of the operation

13    of Xu Ming.  I don't think -- it's not necessarily

14    Zhang Ziyi herself going after Bo Xilai to ask for

15    money to have sex.

16          So for this story I don't think -- you know,

17    we did not put Zhang Ziyi as a prostitute.  When I say

18    Zhang Ziyi has more things she has done but we did not

19    report, which was this part; I don't think, you know,

20    that people should think that way as a prostitute;

21    so...

22    BY MR. LE BERTHON:

23       Q.   Sir, what I'm trying to understand is how

24    your source of information -- this person whose name

25    you won't provide to me -- I'm trying to understand how
```

WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

1    **he knows or claimed to know that Zhang Ziyi was a**

2    **prostitute and had slept with Bo Xilai?  How did he**

3    **know this?**

4           MR. RANDAZZA:  Object to the form of the

5    question.  I believe he's testified he was saying gold

6    digger and not prostitute, and there's a distinction

7    here.  So do you want to reform that question?

8           MR. LE BERTHON:  No.

9           THE WITNESS:  As I said, all of this -- these

10   details were from the mouths of Xu Ming.  So Xu Ming

11   told the interrogators what he did for Bo Xilai.

12   BY MR. LE BERTHON:

13       Q.   **Who are the interrogators?**

14       A.   I would say it's highly classified

15   information in China.  I did not ask.  I don't know.

16       Q.   **Did your source tell you that one of the**

17   **interrogators told him that Zhang Ziyi has a**

18   **relationship with Bo Xilai?**

19       A.   I did not ask exactly, you know, who, you

20   know, gave the information, why the interrogator

21   directly told him [unintelligible] was the location,

22   told him that.  I'm --

23           THE INTERPRETER:  Whether this interrogator

24   told him directly or --

25           THE WITNESS:  What the location.

Case 2:12-cv-05216-DMG-PLA   Document 43-7   Filed 12/24/12   Page 15 of 19   Page ID #:578
WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

Page 63

1    Zhang Ziyi.  That I guarantee.  They are totally

2    different business, different persons; so...

3         **Q.   This unnamed source, how long has this**

4    **unnamed source been providing information to you?**

5         A.   I would say a few years.  I forgot which year

6    exactly started with.  I knew -- I would say almost all

7    the information I learned from this source turned out

8    to be true.

9         **Q.   What other kinds of information has this**

10   **source provided you with that has served as a basis for**

11   **other Boxun articles?**

12        A.   I have some examples.  I was focused on, you

13   know, the Bo Xilai case because, you know, this is a

14   case from February, I learned that from the same

15   source, all turned out to be true.

16             MR. RANDAZZA:  You can -- well, you should

17   give him a copy of that and mark it as an exhibit.

18             THE WITNESS:  Yeah, I got few examples from

19   there.

20             MR. RANDAZZA:  Do you have one?

21             MR. DEVOY:  I have one of them here.

22             MR. RANDAZZA:  This is yours.  Hold on.

23             THE WITNESS:  Yeah, basically, you know, on

24   February 2nd --

25             MR. RANDAZZA:  Let's get some copies of this

WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

1  It's well-recognized by the media.

2          As I say, Financial Times say, but much of

3  the efforts have been undone by Boxun, a U.S. based

4  website which has been reporting on every twist and

5  turn of the Bo Xilai case with unusual accuracy.  I

6  think that's the -- and they recognize track record on

7  this case; so they trust Boxun.  I trust the source.

8      **Q.   You only started publishing -- Boxun only**

9  **started publishing information relating to the Bo Xilai**

10 **scandal around February of 2012; is that correct, sir?**

11     A.   Yes.

12     **Q.   Okay.  But you had a relationship with this**

13 **source and the source has provided you with information**

14 **over a period of time that predates that; is that**

15 **correct, as well?**

16     A.   Yes.

17     **Q.   Okay.  What other kinds of information did**

18 **this -- has this source in the past provided to you**

19 **that has served as the basis for other Boxun news**

20 **articles?**

21     A.   I would like -- only gave relevant report on

22 this case because the more information I gave out, say,

23 you know, earlier, maybe last year, which imparted

24 information from this source, that will give the

25 Chinese government a pattern to track down who is this

Case 2:12-cv-05216-DMG-PLA  Document 43-7  Filed 12/24/12  Page 17 of 19  Page ID #:580
WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

Page 67

1     guy.  So that's -- that's the number one reason.

2             I don't want the source that gave any

3     relevant information on this source to give Chinese

4     government opportunities to track down the person.

5             Number two, it's -- you know, number two is

6     irrelevant, and it will use so many, you know, energy

7     from me to track the record who, you know, from this

8     source or what reported earlier in Chinese, and I need

9     a lot of translation explanation, and I'm not supposed

10    to sit here to waste my time, but I have to.

11            Boxun does not have a lot of resource.  I'm

12    sitting here.  A lot of reports from China cannot be

13    publishing.  That's because we report something I

14    believe even today is true.

15        **Q.   Mr. Meng, just so I'm clear, then, you are**

16    **not going to tell me about other information provided**

17    **to you by this same source that provides the -- that**

18    **provided the basis for this May 28, 2012, article other**

19    **than information about Bo Xilai, which --**

20            MR. RANDAZZA:  Objection.

21    BY MR. LE BERTHON:

22        **Q.   -- didn't start until approximately**

23    **February of this year --**

24            MR. RANDAZZA:  Objection.

25    ///

WEICAN "WATSON" NULL MENG, VOLUME II - 10/17/2012

1          Yes.

2     Q.   And it's my understanding, I guess, from your

3     counsel that you are refusing to testify in Chinese and

4     insist on testifying in English; is that correct, sir?

5     A.   Yes.

6     Q.   Mr. Meng, if I could call your attention to

7     the document which was previously marked as Exhibit 12,

8     this is the Boxun article dated May 30, 2012.

9     A.   Yes.

10    Q.   Do you have that before you, sir?

11    A.   Yes.

12    Q.   How did this article come about?

13         MR. RANDAZZA:  Is this the same article we

14    were talking about before?

15         THE WITNESS:  No, different.

16         MR. RANDAZZA:  Okay.

17         THE WITNESS:  Yeah, this -- my best memory is

18    when the first news came out about the Zhang Ziyi,

19    could not -- Zhang Ziyi got trouble by this scandal,

20    the people -- is the people thought the media say that

21    Zhang Ziyi was kind of the -- under investigation.  She

22    could not travel domestically in China.

23         THE INTERPRETER:  Was under investigation in

24    China.

25         THE WITNESS:  So, basically, this is

```
 1                    CERTIFICATE OF REPORTER

 2    STATE OF NEVADA   )
                        )     ss:
 3    COUNTY OF CLARK   )

 4         I, Peggy S. Elias, a Certified Court Reporter

 5    licensed by the State of Nevada, do hereby certify:

 6    That I reported the deposition of WEICAN "WATSON" NULL

 7    MENG, on Wednesday, October 17, 2012, at 10:31 a.m.

 8         That prior to being deposed, the witness was

 9    duly sworn by me to testify to the truth.  That I

10    thereafter transcribed my said stenographic notes via

11    computer-aided transcription into written form, and

12    that the typewritten transcript is a complete, true and

13    accurate transcription of my said stenographic notes.

14    That review of the transcript was requested.

15         I further certify that I am not a relative,

16    employee or independent contractor of counsel or of any

17    of the parties involved in the proceeding; nor a person

18    financially interested in the proceeding; nor do I have

19    any other relationship that may reasonably cause my

20    impartiality to be questioned.

21         IN WITNESS WHEREOF, I have set my hand in my

22    office in the County of Clark, State of Nevada, this

23    18th day of October, 2012.

24
                     _____
25                    PEGGY S. ELIAS, RPR, CCR NO. 274
```