Marc J. Randazza (California Bar No. 269535)
Jason A. Fischer (California Bar No. 275469)
RANDAZZA LEGAL GROUP
ecf@Randazza.com
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Weican Null Meng*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual, | Case No. CV12-5216-DMG (PLAX) |
| Plaintiff, | **NOTICE OF ERRATA** |
| vs. | |
| CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual known as WATSON MENG and also WEICAN "WATSON" MENG; DOES 1-25, inclusive, | |
| Defendants. | |

Randazza
Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

- 1 -

1   Please take notice that on December 24, 2012, Defendant Weican Null Meng
2  electronically filed a document entitled Defendant Weican Null Meng's Motion for
3  Order Requiring Plaintiff to Post Undertaking Pursuant to California Civil
4  Procedure § 1030.  This document is located in the Court's docket at ECF 43.  The
5  motion erroneously listed the time of the hearing on January 25, 2012 as 7:30 AM,
6  rather than 9:30 AM.  An amended notice of motion for Defendant Weican Null
7  Meng's Motion for Order Requiring Plaintiff to Post Undertaking Pursuant to
8  California Civil Procedure § 1030 is being filed concurrently with this notice of
9  errata.

Dated December 26, 2012            Respectfully Submitted,
                                    RANDAZZA LEGAL GROUP

                                    _____
                                    Marc J. Randazza
                                    Jason A. Fischer
                                    Attorneys for Defendant,
                                    Weican Null Meng

Randazza Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 26th day of December, 2012, I caused the document(s) entitled:

**NOTICE OF ERRATA**

and all attachments to be served by the Court's CM/ECF system.

                       /s/ Marc J. Randazza
                       Marc J. Randazza

Randazza
Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

- 1 -