Marc J. Randazza (California Bar No. 269535)
Jason A. Fischer (California Bar No. 275469)
RANDAZZA LEGAL GROUP
ecf@Randazza.com
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Weican Null Meng*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual known as WATSON MENG and also WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV12-5216-DMG (PLAX)<br><br>**DEFENDANT WEICAN NULL MENG'S AMENDED NOTICE OF MOTION FOR ORDER REQUIRING PLAINTIFF TO POST UNDERTAKING PURSUANT TO CALIFORNIA CIVIL PROCEDURE § 1030**<br><br>Hearing Date: Jan. 25, 2013<br>Courtroom 7<br>9:30 AM |

Randazza
Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

- 1 -

# DEFENDANT WEICAN NULL MENG'S MOTION FOR ORDER REQUIRING PLAINTIFF TO POST UNDERTAKING PURSUANT TO CALIFORNIA CIVIL PROCEDURE § 1030

Defendant Watson Null Meng hereby moves this Court for an Order requiring Plaintiff Zhang Ziyi to post an undertaking in the suggested amount of $200,000.00 pursuant to California Code of Civil Procedure § 1030. Defendant Meng relies upon this Motion, the previously filed memorandum of points and authorities (Dkt. No. 43), the previously filed exhibits and deposition excerpts, the papers and pleadings on file in this action, and any oral argument permitted by this Court.

Pursuant to Local Rule 7-3, this motion is made following the conference of counsel which took place on December 13, 2012.

Dated December 26, 2012           Respectfully Submitted,
                                  RANDAZZA LEGAL GROUP

                                  _____
                                  Marc J. Randazza
                                  Jason A. Fischer
                                  Attorneys for Defendant,
                                  Weican Null Meng

Randazza Legal Group
6525 W. Warm Springs
Suite 100
Las Vegas, NV 89118
(888) 667-1113

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 26th day of December, 2012, I caused the document(s) entitled:

**DEFENDANT WEICAN NULL MENG'S AMENDED NOTICE OF MOTION FOR ORDER REQUIRING PLAINTIFF TO POST UNDERTAKING PURSUANT TO CALIFORNIA CIVIL PROCEDURE § 1030**

and all attachments to be served by the Court's CM/ECF system.

                                      /s/ Marc J. Randazza
                                      Marc J. Randazza