# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual known as WATSON MENG and also WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. CV12-5216-DMG (PLAX)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WEICAN NULL MENG'S MOTION FOR ORDER REQUIRING PLAINTIFF TO POST UNDERTAKING** |

　　　California Code of Civil Procedure § 1030 provides that a Plaintiff shall be required to post an undertaking to secure expected costs and fees if that Plaintiff does not reside in the State of California and there is a reasonable possibility that Defendant will obtain a favorable judgment. Plaintiff Zhang Ziyi admittedly does

-1-

not reside in the State of California, and Defendant Watson Null Meng has shown that there is a reasonable possibility that he will obtain judgment in the instant matter. Defendant Meng has estimated that his fees and costs incurred by the time the Motion to Strike is heard will likely approach or exceed $200,000 and demonstrated the reasonableness of this estimate.

Therefore, IT IS HEREBY ORDERED that Plaintiff Zhang Ziyi is required to post an undertaking of $200,000.

Dated: _____

_____
Hon. Dolly M. Gee
U.S. District Court Judge