1   JOHN MASON - State Bar No. 51116
      jmason@glaserweil.com
2   PATRICIA L. GLASER - State Bar No. 55688
      pglaser@glaserweil.com
3   ADAM LEBERTHON - State Bar No. 145226
      aleberthon@glaserweil.com
4   ALEXANDER M. KARGHER – State Bar No. 259262
      akargher@glaserweil.com
5   GLASER WEIL FINK JACOBS
      HOWARD AVCHEN & SHAPIRO LLP
6   10250 Constellation Boulevard, 19th Floor
    Los Angeles, California 90067
7   Telephone:  (310) 553-3000
    Facsimile:  (310) 556-2920
8
    Attorneys for Plaintiff Zhang Ziyi
9

10

11                UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14   ZHANG ZIYI, an individual,          CASE NO.: 2:12-cv-05216-DMG
15                                        (PLAx)
                   Plaintiff,
16                                        **DECLARATION OF LING LUCAS**
17         v.

18                                        Date:      January 25, 2013
19   CHINA FREE PRESS, INC., a North      Time:      9:30 a.m.
     Carolina non-profit corporation doing  Courtroom: 7
20   business as BOXUN NEWS; WEICAN
     NULL MENG, an individual also known
21   as WATSON MENG and also known as
     WEICAN "WATSON" MENG; DOES 1-
22   25, inclusive,

23                 Defendants.

24

25

26

27

28

777748

## DECLARATION OF LING LUCAS

I, LING LUCAS, DECLARE AND STATE AS FOLLOWS:

1.     I have personal knowledge of the facts set forth herein, and if called as a witness I could and would testify competently thereto under oath.

2.     I have been Zhang Ziyi's manager for twelve (12) years.  In this capacity, I have been responsible for counseling her on film, television and charity projects, sponsorships and endorsements, personal appearances, and selection of professional advisors for legal, tax and business matters.  I have no other clients and have dedicated my life and career to supporting Ms. Zhang.

3.     I currently reside in Beijing, China.  However, as part of my work for Ms. Zhang, I regularly conduct business at or through the business office Ms. Zhang maintains in the County of Los Angeles, California.  In fact, as a world-wide center of the entertainment industry, much of the business I conduct on behalf of Ms. Zhang around the world is handled in Los Angeles.

4.     I was shocked when Boxun News published articles on the internet in May and June 2012 accusing Ms. Zhang of being a prostitute and stating that she was affiliated with Bo Xilai.  Boxun News never contacted me before it published any of the stories to confirm any of the alleged "facts" or obtain a comment from me.  This is particularly surprising to me, given the extremely personal nature of the stories.  Instead, all of the stories were attributed only to unnamed sources such as "intelligence" and "different sources of information."

5.     I have known Ms. Zhang for twelve (12) years, and she is not now and never has been a prostitute.  Furthermore, Ms. Zhang has no affiliation whatsoever with Bo Xilai.  She does not know him personally, and she certainly has never had sexual relations with him.  Furthermore, Ms. Zhang was never questioned by Chinese authorities in connection with Mr. Bo, and the authorities never banned her from leaving mainland China.

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

6.     The defamatory articles published about Ms. Zhang by Boxun News have caused her to lose at least two potential jobs as a spokesperson representing multinational companies and luxury brands.  In May and June 2012, Ms. Zhang's agent at William Morris Endeavor, Todd Jacobs, and I were negotiating for her to appear at one or more events on behalf of luxury designer brand Michael Kors.  But on June 18, 2012 – just a few weeks after publication of some of the defamatory articles by Boxun News – Mr. Jacobs sent me an email saying, "Ling - Bad news. ***Michael Kors walked away from the negotiation due to negative press in China***." (Emphasis added.)  Attached hereto as Exhibit A is a true and correct copy of the email I received from Mr. Jacobs dated June 17, 2012.

7.     Similarly, French automobile manufacturer Citroen also decided against using Ms. Zhang as a celebrity spokesperson at the launch event for its new line of cars in Beijing as a result of the defamatory articles published by Boxun News.  On June 20, 2012, I was informed by the Chinese advertising agency Aiwan Entertainment that Citroen had "rejected" her because of the bad press.

I am writing you this email to inform you that ***Zhang Ziyi has been rejected as the top celebrity guest to appear at the Cirtroen's [sic] new sports car launch event by the big boss in France last weekend.***  The AD agency below (Vincent) and all the top executives from Cirtroen [sic] really supported Zhang, but ***the big boss was worried about her recent rumors might cost unexpected damage or surprise to the brand launching in Beijing, China on June 28th.***  I am sorry about all these unfortunate bad press has cost all of us a great deal of stress and obstacles to promote Zhang.  But I have talked with Vincent to agree ***to consider Zhang as the brand's spoke person in the future when the bad press is all gone.***  They all

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

777748

like Zhang very much and we all wish to see Zhang to win

this battle successfully.

(Emphasis added.)  Attached hereto as Exhibit B is a true and correct copy of the email I received from Ms. Wan dated June 20, 2012, regarding the rejection by Citroen.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 4th day of January, 2013 in Beijing, China


_____
/s/ Ling Lucas
Ling Lucas

**DECLARATION OF LING LUCAS**

777748

# EXHIBIT "A"

LUCAS DECL 0004

From: TJacobs@wmeentertainment.com
To: TJacobs@wmeentertainment.com
CC: LingLucas@aol.com, ndavid@wmeentertainment.com, JulianZ@ZiffrenLaw.com,
TJ@wmeentertainment.com, NMAnewyork@aol.com
Sent: 6/17/2012 8:35:45 A.M. China Standard Time
Subj: Re: ZZ / Michael Kors

Ling - Bad news. Michael Kors walked away from the negotiation due to negative press in
China.

On May 6, 2012, at 7:30 PM, "Todd Jacobs" <TJacobs@wmeentertainment.com> wrote:

> I think it's a healthy start and reasonable counter given her previous earnings in
> this area. Let's see how they respond.

> Thanks Ling,

> Todd

> Todd Jacobs | WME
> tjacobs@wmeentertainment.com

> 310.859.4199

**From:** LingLucas@aol.com [LingLucas@aol.com]
**Sent:** Sunday, May 06, 2012 7:13 PM
**To:** Todd Jacobs
**Cc:** Nicole David; JulianZ@ZiffrenLaw.com; TJ; NMAnewyork@aol.com
**Subject:** Re: ZZ / Michael Kors

Dear Todd:

LUCAS DECL 0005

Ziyi's current appearance fees are at 1,000,000 RMB plus taxes for a 3-hour event.  So, for what they are asking her to do and at such a low price . . . it's just not feasible.

I can propose the following that we do the following for 1,000,000 rmb (plus airfares/lodgings for her, manager, assistant, security, publicist, hair, makeup). They will have to pay commission separately.

-- attend their big runway event

-- wear Kors to two red carpet events, only if they are able to provide a very large selection to choose from 2 weeks prior to event

What do you think?

Ling

In a message dated 5/2/2012 2:56:33 P.M. China Standard Time, TJacobs@wmeentertainment.com writes:

Here are their basic terms outlined for your reference:

**BRAND:** Michael Kors

**TERM:** August 2012-August 2013

**TERRITORY:** China (worldwide with respect to Internet)

**SERVICES:** * Attend the Michael Kors Spring '13 Runway Show (September 2012)

* Attend the Michael Kors Shanghai Event (April 2013)

2

LUCAS DECL 0006

* Wear MK at (4) other photographed red carpet events
    - 2 events should be large scale (Golden Horse Awards, Beijing Film Festival, Vanity Fair Oscar Party, etc.)
    - 2 events can be smaller scale (film premieres, cocktail parties)
* Social Media - MK platforms (i.e. tweeting pictures wearing MK en-route tst on Weibo about a new MK bag received, etc.)


**EXCLUSIVITY:** Non-exclusive

**FEE:**

   USD $120,000


Let me know if you feel I should continue to pursue this opportunity.


Thanks,
Todd

LUCAS DECL 0007

# EXHIBIT "B"

LUCAS DECL 0008

From: aiwan@aiwanent.com
To: LingLucas@aol.com
Sent: 6/20/2012 1:12:59 P.M. China Standard Time
Subj: Fwd: AIWAN ENTERTAINMENT- Zhang Ziyi

Dear Ling,
I am writing you this email to inform you that Zhang Ziyi has been rejected as the top celebrity
guest to appear at the Cirtroen's new sports car launch event by the big boss in France last
weekend. The AD agency below (Vincent) and all the top executives from Cirtroen really
supported Zhang, but the big boss was worried about her recent rumors might cost unexpected
damage or surprise to the brand launching in Beijing, China on June 28th. I am sorry about all
these unfortunate bad press has cost all of us a great deal of stress and obstacles to promote
Zhang. But I have talked with Vincent to agree to consider Zhang as the brand's spoke person in
the future when the bad press is all gone. They all like Zhang very much and we all wish to see
Zhang to win this battle successfully.

Cheers!
Ai Wan


---------- Forwarded message ----------
From: Boivin Vincent <
Date: Fri, Jun 8, 2012 at 1:49 PM
Subject: Re: AIWAN ENTERTAINMENT- A NEW FILM FOR PRODUCT PLACEMENT
To: 爱万 <aiwan@aiwanent.com<mailto:aiwan@aiwanent.com>>

Dear Ai,

Here is all I could get from Citroen about the event. It will take place in D tank, same as Armani.
The event is meant to officially launch the sales of the new DS range in China. I attach a pic of
the three models, DS5, DS4 and DS3.
Please call me anytime if you have any question.
Have a nice day,
Vincent


Vincent Boivin

Alinea Productions

General Manager

1

LUCAS DECL 0009

Room 3208, 32/F


Nexus Soho Center
19A, Dongsanhuan Bei Lu
Chaoyang District
Beijing 100020
P.R. China






--

Ai Wan 爱万
President
Aiwan Entertainment
The Business of Play!
**爱玩大业影视娱乐公司**
Mob: +86 1360 138 2267<tel:%2B86%201360%20138%202267>
Tel: +86 10 6563 7819<tel:%2B86%2010%206563%207819>
Fax:+86 10 6563 7999<tel:%2B86%2010%206563%207999>
Skype: aiwan2009
Email: aiwan@aiwanent.com<mailto:aiwan@aiwanent.com>
Linkedin: http://cn.linkedin.com/in/aiwan7
北京市朝阳区建国门外大街2号, 银泰中心C 座写字楼15层 , 邮编100022
15F, Yintai Centre Office Tower  No. 2 Jianguomenwai Ave, Chaoyang District, Beijing
100022, P. R. China



--

Ai Wan 爱万
President
Aiwan Entertainment
The Business of Play!

LUCAS DECL 0010

爱玩大业影视娱乐公司

Mob:  +86 1360 138 2267<tel:%2B86%201360%20138%202267>
Tel: +86 10 6563 7819<tel:%2B86%2010%206563%207819>
Fax:+86 10 6563 7999<tel:%2B86%2010%206563%207999>
Skype: aiwan2009
Email: aiwan@aiwanent.com<mailto:aiwan@aiwanent.com>
Web:  http://aiwan.com<http://aiwan.com/>
Linkedin: http://cn.linkedin.com/in/aiwan7

北京市朝阳区建国门外大街2号, 银泰中心C座写字楼15层，邮编100022

15F, Yintai Centre Office Tower  No. 2 Jianguomenwai Ave, Chaoyang District, Beijing 100022, P. R. China

--

Ai Wan  爱万

President
Aiwan Entertainment
The Business of Play!

爱玩大业影视娱乐公司

Mob:  +86 1360 138 2267
Tel: +86 10 6563 7819
Fax:+86 10 6563 7999
Skype: aiwan2009
Email: aiwan@aiwanent.com<mailto:aiwan@aiwanent.com>
Web:  http://aiwan.com<http://aiwan.com/>
Linkedin: http://cn.linkedin.com/in/aiwan7

北京市朝阳区建国门外大街2号, 银泰中心C座写字楼15层，邮编100022

15F, Yintai Centre Office Tower  No. 2 Jianguomenwai Ave, Chaoyang District, Beijing 100022, P. R. China

<非常幸运3.pptx>

--

Ai Wan  爱万

President
Aiwan Entertainment
The Business of Play!

爱玩大业影视娱乐公司

Mob:  +86 1360 138 2267

3

LUCAS DECL 0011

Tel: +86 10 6563 7819
Fax:+86 10 6563 7999
Skype: aiwan2009
Email: aiwan@aiwanent.com<mailto:aiwan@aiwanent.com>
Web:  http://aiwan.com<http://aiwan.com/>
Linkedin: http://cn.linkedin.com/in/aiwan7
北京市朝阳区建国门外大街2号, 银泰中心C 座写字楼15层，邮编100022
15F, Yintai Centre Office Tower  No. 2 Jianguomenwai Ave, Chaoyang District, Beijing
100022, P. R. China

LUCAS DECL 0012