JOHN MASON - State Bar No. 51116
 jmason@glaserweil.com
PATRICIA L. GLASER - State Bar No. 55688
 pglaser@glaserweil.com
ADAM LEBERTHON - State Bar No. 145226
 aleberthon@glaserweil.com
LISA M. ZEPEDA – State Bar No. 231125
 lzepeda@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Attorneys for Plaintiff Zhang Ziyi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 2:12-cv-05216-DMG (PLAx)<br><br>**DECLARATION OF MICHAEL PARKS**<br><br>Date:　　　January 25, 2013<br>Time:　　　9:30 a.m.<br>Courtroom: 7 |

# DECLARATION OF MICHAEL PARKS

I, MICHAEL PARKS, DECLARE AND STATE AS FOLLOWS:

1. I have personal knowledge of the facts set forth herein, and if called as a witness I could and would testify competently thereto under oath.

BACKGROUND INFORMATION

2. Attached hereto as Exhibit A is a true and correct copy of my resume. I worked in daily and weekly journalism from 1962 to 2000 and have staff and freelance contributor experience in daily and weekly newspapers, magazines, television, radio and online journalism. However, I am best known as a veteran foreign correspondent who reported from approximately 110 countries and territories over 25 years for the Baltimore Sun and the Los Angeles Times. These assignments included, among others, China, the former Soviet Union, South Africa, Israel, and Egypt, where the development of confidential sources was an important part of the job.

3. As managing editor and then editor of the Los Angeles Times, at the time the largest metropolitan newspaper in the country, I oversaw a newsroom from 1996 to 2000 of approximately 1,050 journalists. Since 2000, following the sale of the Los Angeles Times to Tribune Co., I have been at the USC Annenberg School of Journalism, initially as a visiting professor, then as director for seven and a half years and now as a professor. In that context, I currently oversee two journalism projects – the multimedia project California HealthCare Foundation Center for Health Reporting and the Alhambra Source local news website.

4. My journalistic relationship with China goes back to 1975 when, at the invitation of Qian Qicheng, who later became foreign minister and vice premier, I visited Beijing, Shanghai and Guangzhou toward the end of the Cultural Revolution as a correspondent for the Baltimore Sun. I returned three years later, first as a correspondent for The Sun in Hong Kong and Beijing and then for the Los Angeles

788310

Times in Beijing, to report on China's emergence from the Cultural Revolution and its initial steps toward market socialism before leaving Beijing in 1984. During those years, I delivered occasional lectures and led professional seminars on journalistic topics at the New China News Service (Xinhua) and the newspapers Renmin Ribao, Guangming Ribao, and China Daily.  I have since returned periodically to China as a working journalist, as a member of an American Society of News Editors delegation, and as a visiting lecturer at Fudan University in Shanghai and Hong Kong Baptist University. Currently, at the Annenberg School for Communication and Journalism at the University of Southern California, I work with a number of our Chinese doctoral students, and I meet regularly with visiting scholars and journalists from China.

## BOXUN NEWS

5.     As part of my retention in this case, I reviewed the certified translations of the articles published by Boxun News in May and June 2012 that are the subject of this lawsuit.  I also reviewed the transcripts of the depositions of Weican Meng, Mary Hausch and David Ardia.

6.     The Boxun News website appears to be aimed at a Chinese audience.  It focuses on news in and about China.  It eschews what is published on official and semi-official Chinese news websites, and it tries to compete with American mainstream media for this news.  Although Boxun News may have received praise in Western media for its leadership role in coverage of the Bo Xilai scandal, it is far from alone in this market. I understand there are more than half a dozen different news websites making coverage of China their specialty, and I am told there are more.

7.     Based on Weican Meng's deposition testimony, Boxun News wants to be considered the go-to source for news and information about China. That is why it must be perceived as a responsible, reliable, ultimately credible publisher. In its focus on news in and about China, Boxun News appears aimed at an audience that is primarily Chinese, particularly Chinese living in the United States and in other places

1  outside the People's Republic of China. Indeed, Chinese students at USC have told
2  me that they look at Boxun News among other Chinese websites. With news about
3  China readily available on pro-government websites, Boxun News endeavors,
4  according to Weican Meng, to provide behind-the-scenes reports, relying on sources
5  within China with access to restricted information and a willingness to provide it,
6  sometimes at risk to themselves, sometimes cryptically and needing decoding,
7  sometimes anonymously. Boxun's success in gathering and presenting such
8  information makes it valuable to its readers, particularly when it is news not yet
9  published elsewhere.

10      8.      Weican Meng boasts several times during his deposition about Boxun's
11 journalistic scoops. "Boxun has been famous in breaking stories about China, very
12 highly classified information in the Chinese government," he said, attributing that to
13 the website's many volunteer contributors. This, however, raises the question of
14 whether Boxun is a vehicle for politically motivated leaks or whether it is engaged in
15 impartial reporting of China.

16      9.      Obviously, the Boxun News website is produced and is based in the
17 United States, and it publishes in the United States. More importantly, however,
18 Boxun News and Weican Meng seek the freedom and protections accorded the press
19 by the U. S. Constitution and U.S. law.  As a result, it has the same duties and
20 obligations as other U.S. news organizations. For American journalists our great First
21 Amendment freedoms come with equally great obligations.

## THE BOXUN NEWS ARTICLE DATED MAY 28, 2012

24      10.     The article published by Boxun News dated May 28, 2012 alleged that
25 Zhang Ziyi was being questioned by the team investigating Bo Xilai and that she had
26 been paid by a businessman, Xu Ming, to sleep with Bo and had done so more than
27 10 times from 2007 to 2011. According to the article, Xu Ming also told his
28 interrogators at the Central Commission for Discipline Inspection, that he had given,

in the words of the story, Zhang Ziyi to two other senior officials who would be identified later.

11. According to Weican Meng, all of this information was based on a tip that he says that he received a day or two earlier from an anonymous source in China ("Source A"). Mr. Meng says he did some research to flesh it out, contacting Source B, a film industry insider in China, and Source C, a freelance Chinese journalist Zhao Yan living in New York. And Mr. Meng says that he went back to Source A because he was dubious about the monetary figures the source had provided as Ms. Zhang's pay – RMB ¥1.4 billion initially and then reduced to RMB ¥700 million (roughly the equivalent today of $224 million and $112 million). Some of it was in jewelry and some in property, the story said, but Xu Ming and paid her RMB ¥180 million in cash (approximately $28.8 million).

12. Those figures would cause any reasonable journalist to doubt the truthfulness of the story and, at the very least, to ask questions. Although I do not have personal knowledge regarding the amounts high-priced call girls are regularly paid, there have been enough stories in the U.S. and U.K. press about the Hollywood Madam, the Mayfair Madam, and the call girls' political clients, such as the governor of New York, members of the British cabinet, and American congressmen to suggest the women are well paid, but not on a scale that would make them multimillionaires. In other words, these figures alone would have cast serious doubts over the whole story. Yet, Weican Meng says that he was persuaded by Source A that they were correct. No experienced editor in a reputable news organization would be so easily convinced. Indeed, the immediate question would be where is the evidence, and that is a question that Mr. Meng apparently failed to ask.

13. The second flashing warning light was how Source A came to this information. This is critical. Weican Meng said repeatedly in his deposition that he did not ask that question, and he did not even want to know. "I did not ask," Mr. Meng said again and again. Instead, he relied totally on Source A, saying that Source

A previously provided accurate information to him on more than 20 occasions over the past two years. This is a major journalistic failure in my opinion. Source A said his information had come from leaks from the interrogators at the Central Commission for Discipline Inspection. Mr. Meng does not know, and did not ask, whether those leaks were direct to Source A, whether they were second- or third- or even fourth-hand. Mr. Meng describes Source A as very high ranking in China with access to a broad range of information at the highest level. Mr. Meng says he was convinced of their authenticity by the detail Source A provided, but the details disclosed are insufficient to demonstrate that the information was in fact accurate.

14. That raises a more fundamental issue: Who is leaking this information and why? On its face, the story appears to discredit Bo Xilai and Xu Ming for moral turpitude, and to suggest that other senior officials are involved. *Cui bono?* Who benefits politically from this leak? Weican Meng failed to ask a primary question before publishing his story, "Why are we being told this?" A reasonable and prudent journalist would have gone further to ask, "What does this leak mean in political terms? In terms of the investigation's progress?" My experience is that leaks, particularly high-level but limited leaks, are rarely disinterested. I see Weican Meng's failure to raise the question, even if he could not find a good answer, as a fundamental failure. Prof. Mary Hausch, drawing on her newsroom experience, has already speculated in her deposition on the motives behind the leak in terms of Chinese politics, perhaps to discredit Bo Xilai. With his sources and his knowledge, those that he has boasted of, Mr. Meng should have done much more to pursue this aspect.

15. Now, assume for a moment and just for discussion that the information provided by Source A accurately recounted the information provided by Xu Ming under interrogation by the Chinese authorities. Perhaps Xu is saying whatever the interrogators want to hear in order to build their case against Bo Xilai. That is quite possible, and we just do not know. The May 28 article published by Boxun News does not consider this possibility.

16. Throughout his deposition, Weican Meng frames this first story and Zhang Ziyi's inclusion as part of the Bo Xilai scandal. Certainly, Boxun News had been following this scandal as had Western news media and, I would expect, most of the Chinese media outside the People's Republic of China. In this respect, Ms. Zhang is almost collateral damage, further evidence of Bo's moral turpitude. (The official Chinese announcement of his removal from his last position referred to "improper sexual relationships with a number of women.") But the story includes what are described as details from the interrogation about Ms. Zhang, such as the general locales for the reported assignations with Bo, the alleged involvement with other senior officials and businessmen, the unexplained relationship with Xu Ming, who is described as having the power to "give" her to political leaders, presumably in exchange for government favors, and the huge amounts Ms. Zhang is said to have earned through sexual relations.

17. This reporting made Ms. Zhang an essential part of the story, and it is quite tantalizing for Zhang Ziyi is one of China's best known actors, not only within China but also internationally for her roles in *Crouching Tiger, Hidden Dragon* and *Memoirs of a Geisha* among other films. As a result of the nature of the allegations, even though the source is anonymous, Ms. Zhang's reputation will likely be diminished among her Chinese audiences and among others who hear of the allegations. However, the article does not contain any comment from Ms. Zhang. According to Weican Meng, he made no effort to attempt to contact her, either directly or through her manager or representatives in the United States, where they are listed on the Internet. "A movie star like Zhang Ziyi is kind of a noble in China," he explained in his deposition. "There is no way to reach her." Under the circumstances, there clearly was a rush to publish.

18. Without real effort to get comment, to afford Ms. Zhang the right of response, I believe this story should not have been published. This is the requirement of every newspaper on which I have worked and is incorporated as a key element in

journalistic codes of ethics; moreover, it is the expectation that readers, viewers, and listeners have of journalists. It is a major failing that Weican Meng did not attempt to get comment.

19. Weican Meng says that in the day or two after receiving the initial information from Source A, he did additional research that he said corroborated the original material. In fact, at best, this additional research provides background, but most of it is gossip and falls well short of the standards for publication by a responsible news organization.

20. A responsible news organization would have attempted to confirm the interrogation of Xu Ming through other sources and to verify the account provided by Source A of Xu Ming's accusations. No doubt this would be difficult, but Weican Meng repeatedly stressed throughout his deposition the large number of dedicated and self-sacrificing volunteers he has, describing them as "citizen journalists" working to improve China. The importance of the Bo Xilai scandal and of the detention and interrogation of Xu Ming, a leading Chinese businessman, makes such efforts all the more crucial.

21. Outlining his own research efforts, Weican Meng testified that he contacted Source B in China, an entertainment industry insider. According to Meng, Source B told him that actresses in China sleep around to get parts in films and that Zhang Ziyi had this sort of reputation. This is nothing more than entertainment industry gossip, and it does not go to the central question of whether Ms. Zhang is a prostitute, as the Boxun News story alleges in effect, whether Xu Ming implicated Ms. Zhang in the Bo Xilai scandal, nor does it confirm the Boxun report that Ms. Zhang was being questioned by government or party interrogators. Source B is just one "researcher," as Mr. Meng describes him, in the Chinese film industry. That does not justify describing Ms. Zhang as "well known for exploitation of money, jewelry, and real estate by sleeping with the rich" or enumerating the number of billionaire "boyfriends" she might have. Calls could also have been easily made to other cinema

insiders in China, Hong Kong, Taiwan, Singapore, Los Angeles, and other locales where Chinese films are made or popular. If Ms. Zhang were being questioned by authorities about her relationship with Bo Xilai and Xu Ming, most likely the word would have spread widely, and Mr. Meng would have verified a key element of the story, the questioning of Ms. Zhang. But he did not do so, and that aspect of the story remains unconfirmed.

22. Mr. Meng said he also talked with Source C, Zhao Yan, a freelance journalist, who has provided research to the New York Times for which he was jailed. Now based in New York, Zhao Yan works with several Chinese publications and websites, including Boxun, and with human rights campaigners. Mr. Meng said that Zhao Yan told him that, while in prison, his unidentified cellmate told him that he had had paid sex with Zhang Ziyi. According to Mr. Meng, Mr. Zhao said his cellmate had been convicted in a big corruption scandal in China's health industry and been sentenced to death, but his sentence was commuted to imprisonment and he was then allowed to leave China for New Zealand. The cellmate was held under an alias, according to what Mr. Zhao told Mr. Meng, and that Mr. Meng did not remember even the alias. Now, assuming this to be true, Mr. Meng might have inquired among the Chinese community in New Zealand, which is not a large country, about a recent immigrant fitting Zhao Yan's description of his cellmate. A freelance journalist in New Zealand could have done this on Boxun's behalf. Still, this would not have verified the basic story.

23. In summary, there are four fundamental flaws in the May 28 article: First, there is no evidence as to how Source A acquired the information that provided the basis for the article or how, if at all, Source A verified the information.  Second, Mr. Meng has no knowledge about who purportedly leaked this information from the interrogation of Xu Ming.  Without this material, it impossible to assess why the information was leaked, whether it is accurate or unfairly biased in some manner, or what other information may have been withheld.  Third, Boxun News failed to

confirm any of the information contained in the May 28 article. The information provided by Source B and Source C is, at best, background information that in no way confirms any of the details published in the article. And fourth, Boxun News failed to make any attempt to obtain a comment from Ms. Zhang before publishing allegations that she is a prostitute. This is especially important given both the nature of the allegations Boxun made against her and the unbelievably huge amounts she purportedly earned as a prostitute.

24. In my opinion, the May 28 article is fatally flawed and should not have been published. Upon receiving what was a very hot tip from a trusted source, Weican Meng should have set out far more aggressively to verify the essence of the information about Zhang Ziyi's alleged relationships with Bo Xilai and Xu Ming. Instead, Meng chose to write and rush publication of a story about Zhang Ziyi based on unconfirmed material from the primary source with added gossip from two other sources, also unconfirmed. With a variety of journalism experience going back about 15 years, Weican Meng should have known better. Under all of these circumstances, the publication of this first article by Boxun News demonstrates reckless disregard for the truth.

THE ARTICLES DATED MAY 30, JUNE 3, JUNE 12 AND JUNE 20

25. Taken as a group, the four articles published by Boxun News on May 30 and June 3, 12 and 20 go well beyond the ordinary practice of political and investigative journalism and suggest a malicious campaign by Boxun News against Zhang Ziyi. The Boxun articles increasingly take on a threatening tone, suggesting that if Ms Zhang continues to deny the allegations and defend her reputation, "more secrets will be exposed and all 'rumors' become the truth." In this, Boxun News almost becomes an avenging angel: "Boxun has the responsibility of making known to the public the corruption and trades of power for money involved in reports relating to Zhang Ziyi," Weican Meng wrote in the June 20 article as Boxun's editor-in-chief.

26. While it is not unusual for news organizations to defend their reporting on controversial matters, Boxun's approach is extremely aggressive, not at all dispassionate and anything but impartial. For example, in the May 30 article, Boxun News taunts Zhang Ziyi and challenges her to travel outside China to Hong Kong or the United States in order to prove that its initial report (May 28) was untrue and that her movements had not been restricted by investigators in the Xu Ming interrogation. "Any other attempt to deny this truth is in vain," Boxun said.

27. In the article dated June 3, 2012, Boxun News stated that Zhang Ziyi's public relations team had begun a counterattack, blaming a rival actress, Fan Bingbing, as the "black hand" behind the allegations. "However, such PR stunts and technical manipulations have impacts so low that nothing changes the fact that the word 'prostitution' is being directly used in the reports by Western media," Boxun said. And Boxun threatened that further denials by Zhang Ziyi will lead its "source close to the Central Commissioner for Discipline Inspection of the CPC" to release details of alleged affairs that Xu Ming said she had with "several billionaires."

28. In the article dated June 12, 2012, Boxun News noted that a lawsuit had been commenced against it by Ms. Zhang here in the United States and stated falsely that, "Boxun has always published Ms Zhang's statements and reports, thus showing fairness on their part." In fact, it is undisputed that Boxun News never even attempted to contact Ms. Zhang to solicit her comments.

29. The article dated June 20, 2012, says that since the lawsuit was filed, Boxun had received details of contacts – it does not say what kind – between Zhang Ziyi and more than 10 other politicians and businessmen. "If judicial proceedings are to commence, Boxun will check [such details] against Ms Zhang, one by one," Weican Meng warned in his statement. During his deposition, Weican Meng said he refrained from publishing many details of the sexual relations Zhang Ziyi allegedly had with politicians, businessmen and others but would feel free to release them to establish the authenticity of the report.

30. Writing under his pen name of Wei Shi, Weican Meng went even further in the June 20 article to assert that the lawsuit Zhang Ziyi has filed against Boxun and China Free Press, an affiliated nonprofit organization where Mr. Meng also works, is part of a conspiracy to silence them. "Such a frivolous lawsuit indicates Zhang Ziyi's suit against Boxun and the other media is a political event, and not simply a civil dispute." In his deposition, Mr. Meng went much further, asserting that one of China's top 10 leaders was in a conspiracy with Ms Zhang to sue Boxun and ultimately silence it because of its support of Chinese political dissidents. He said he had this on very good authority from a political commentator in Beijing and a senior editor at a Chinese newspaper in Hong Kong

31. Boxun News even set up a "Zhang Ziyi 'Prostitution-gate'" section on the "hot topics" portion of its website, but averred that Boxun has never used the word "prostitution" in describing Ms Zhang's alleged activities and is simply borrowing it from Western news media reports. The purpose of the "hot topics" section is to aggregate all the Zhang Ziyi reports in one place – and drive user traffic to them, particularly from outside search engines.

MALICE

32. In his deposition, Weican Meng was adamant in asserting the news media's role to prosecute and punish those responsible for corruption that has reached the height of a national scandal. "Zhang Ziyi's activity is part of the corruption of the Chinese government, of Chinese officials," Mr. Meng said. "So everybody should be accountable for [their personal] behavior." He earlier summed up the "Zhang Ziyi scandal" this way: "Zhang Ziyi scandal is [that] a politician in China sleeps with a movie star and other woman by his power because he is a politician and businessman who is familiar with Zhang Ziyi arranged Zhang Ziyi to sleep with a politician to get business benefit. So, it hurt the Chinese people. It hurt the country of China. So, that's the scandal of Zhang Ziyi."

33. In Weican Meng's view, Ms Zhang's reported relationship with Bo and Xu should be seen as part of their corruption even though the leaked reports had not been verified and the allegations had not been proven: "She becomes part of the corruption. Also … she had a choice whether she could do that or not, but if she did that and received big amount of money, that money is [the] people's money. So in that way, I will say Zhang Ziyi did hurt [the] people."

34. Charged, tried, and convicted in Weican Meng's mind, Zhang Ziyi is now to be punished by Boxun News. This is actual malice.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 4th day of January, 2013 in London, England.

                                      /s/ Michael Parks
                                      Michael Parks

# EXHIBIT "A"

PARKS DECL 0013

**MICHAEL PARKS - SUMMARY CV**

| | |
|---|---|
| Address: | 1211 South Euclid Ave. |
| | Pasadena, California 91106 |
| Telephone: | Home: 626-403-7179 |
| | Home Office: 626-403-0031 |
| | University Office: 213-743-5324 |
| Fax: | Home Office: 626-403-0737 |
| | University Office: 213-740-8624 |
| Email: | mparks@usc.edu |

**PROFESSIONAL EXPERIENCE**

UNIVERSITY OF SOUTHERN CALIFORNIA
Annenberg School for Communication
Los Angeles, California
July 2000 to Present
   Director, School of Journalism, March 2002 to June 2008
   Professor of Journalism and International Relations, Tenured 2002
   Interim Director, February 2001 to March 2002
   Visiting Professor, July 2000 to 2002
- Led school with 34 full-time faculty, 90 adjunct instructors, 170 postgraduate students and 500 undergraduate majors in journalism (print, broadcast and online) and public relations.
- Managed five major professional continuing education programs with more than 300 participants and annual budgets of $3.7 million.
- Teach graduate students in journalism and public diplomacy, focusing on international reporting, globalization and decision analysis.
- Co-principal investigator (with Prof. Sandra Ball-Rokeach) on the Alhambra Project, an effort to increase civic engagement across ethnolinguistic barriers in a Los Angeles suburb through a community news website. Funded by the Annenberg Foundation.
- Principal investigator for the California HealthCare Foundation Center for Health Reporting, an experiment in philanthropically funded journalism to improve coverage of health issues in California news media.
- Researching relationship between coverage of international relations and global issues in U.S. news media, public opinion and foreign policy under Pacific Council grant. Researching news coverage of terrorism and political responses to it. Researching uses of public diplomacy in relations between adversarial states under National Science Foundation grant.
- Researching book on "history-shaping decisions" based on a quarter century of international reporting. Also researching book, based on oral histories, on the African National Congress during South Africa's apartheid years.

PACIFIC COUNCIL ON INTERNATIONAL POLICY
Los Angeles, California
July 2000 to July 2002
   Distinguished Visiting Fellow
- Led council task force made up of American and Korean scholars, business people, political figures and activists in non-governmental organizations looking at the future of Korea with a report published in November 2001.
- Co-managed a set of studies with RAND scholar on the shape and character of globalization in five Western U.S. city-regions with reports published in 2002 and 2003.

LOS ANGELES TIMES
Los Angeles, California

PARKS DECL 0014

Michael Parks
Page 2

1980 to 2000
>   Editor, 1997-2000
>   - Responsible for the news coverage and editorial page positions of the largest metropolitan newspaper in the United States. Managed an editorial staff of 1,350 people and a budget of more than $120 million. Served as executive vice president of the company.
>   - The Times was awarded four Pulitzer Prizes in three years and was recognized for its local, national and international reporting with the Robert F. Kennedy, George Polk and John B. Oakes awards and citations from the Overseas Press Club and Society of Professional Journalists among others.
>   - California Newspaper Publishers Association's top award for general editorial excellence four years in succession; Business, Sports, Travel and lifestyle sections recognized in peer competitions as best among large newspapers.
>   - Undertook major editorial initiatives for increased coverage of Southern California's Latino communities, of education, economics, science and technology, including bio-tech; established Health section; expanded the Business and Sports sections; increased Washington, national and foreign coverage with additional correspondents and enlarged space, and extended coverage of local communities with new sections.
>   - On the editorial pages, pressed successful campaigns for the adoption of a new city charter for Los Angeles and for education reform, including the election of a new school board.
>   - Launched with the publisher "Reading by 9," a community program to ensure all nine-year-old children in Southern California would read at grade level by the end of the third grade
>   - The Times' circulation increased from 1,012,000 in April 1996, to 1,170,000 in April 2000, an increase of more than 15% as circulations of other metros declined.
>   - Built a bridge to bring traditional newspaper content to the Internet with page views of more than 250 million annually and growth of 60% in 1999 alone.
>   - Expanded The Times' overall newshole by 27%, the editorial staff by 9% and the editorial budget by 15% despite cutbacks elsewhere.
>   - Oversaw planning and initial stages of a $25 million reconstruction of The Times' newsroom and of a $18 million pagination project for the paper.

Managing Editor, 1996 to 1997
Responsible for news coverage and all newsroom operations. Refocused coverage on breaking news, broadened the definition of Page One news to include business and social developments and put new emphasis on investigative reporting, including examination of U.S. Food and Drug Administration procedures that led to premature and dangerous release of new drugs—work that won the 2001 Pulitzer Prize for Investigative Reporting.

Deputy Foreign Editor, 1995 to 1996
Directed around-the-world news coverage by 27 foreign correspondents. Assigned and edited series on nuclear dangers in post-Soviet Russia, the first such detailed report and a Pulitzer Prize finalist in 1996. Assigned and edited series on the Islamic fundamentalist *mujahedeen* flowing out of Afghanistan across the world, winner of Overseas Press Club and Society of Professional Journalist awards in 1997.

Jerusalem Bureau Chief, 1992 to 1995
Covered the Oslo peace process between Israel and the Palestine Liberation Organization. Overseas Press Club citation for reports on the peace negotiations and from the West Bank.

PARKS DECL 0015

Michael Parks
Page 3

Moscow Bureau Chief, 1988 to 1992
Reported on Soviet President Mikhail Gorbachev's *perestroika* and *glasnost* reforms, the collapse of the Soviet Union and the troubled rebirth of Russia under President Boris Yeltsin. The Times' Moscow Bureau was a Pulitzer Prize finalist for international reporting in 1992. Recipient of Overseas Press Club citation for analysis.

Johannesburg Bureau Chief, 1984 to 1988
Covered the growing struggle against apartheid in South Africa. Awarded Pulitzer Prize for international reporting in 1987 for coverage cited as "comprehensive and balanced."

Beijing Bureau Chief, 1980 to 1984
Reported on the sweeping political, economic and social changes under way in China following the death of Chairman Mao Zedong. Overseas Press Club citations in 1983 and 1984 for reporting and analysis.

BALTIMORE SUN
Baltimore, Maryland
1968 to 1980

Beijing Bureau Chief, 1979 to 1980
Opened Beijing Bureau for The Sun as one of the first American correspondents admitted to China following the establishment of diplomatic relations between China and the United States. Reported extensively from throughout China, a country largely unknown to American readers at that time. Also reported from Taiwan, Hong Kong and Macau.

Hong Kong Bureau Chief, 1978 to 1979
Reported from post in Hong Kong and then from trips into China on major political changes under way there following death of Chairman Mao Zedong and rise of Communist Party's reform faction. Also reported from Southeast Asia, India, Pakistan, Bangladesh and Afghanistan.

Middle East Correspondent, 1975 to 1978
Covered Egyptian President Anwar Sadat's trip to Jerusalem and the ensuing peace negotiations with Israel, the Lebanese civil war, the petro-dollar development of the Gulf, the early phases of the fundamentalist revolt against the Shah of Iran.

Moscow Bureau Chief, 1972 to 1975
Reported on Soviet-American relations, including arms control, as détente grew and then collapsed. Traveled extensively throughout the Soviet Union and in Eastern Europe to assess the depth of East-West rapprochement and examine the basis for reform of the socialist economies.

Saigon Correspondent, 1970 to 1972
Covered final phases of U.S. combat involvement in Vietnam and Vietnamese political developments prior to 1973 Paris peace agreement. Also reported from throughout Southeast Asia and covered the 1971 Indo-Pakistan war.

Political and State Government Reporter, 1968 to 1970
Principal government reporter at the State House in Annapolis, covering the governor, the state administration and the legislature. Also covered Maryland politics.

Michael Parks
Page 4

PREVIOUS POSTS ON SUFFOLK SUN, TIME LIFE NEWS SERVICE, DETROIT NEWS
1962-1968

**SELECTED PUBLICATIONS (Since 2000)**

- Parks, Michael, "American Journalism—The National, the Local and the Online Challenge," in *Centres and Peripheries*, in David Hutchinson and Hugh O'Donnell (eds.), Newcastle upon Tyne: Cambridge Scholars (in press).

- Chen, Nancy Nien-Tsu and Sandra Ball-Rokeach, Michael Parks, and Jin Huang, "The Alhambra Project: A theory-based strategy for the construction of a citizen journalism website," in Centres and Peripheries, in David Hutchinson and Hugh O'Donnell (eds.). Newcastle upon Tyne: Cambridge Scholars (in press).

- Chen, Nancy Nien-Tsu and Fan Dong, Sandra Ball-Rokeach, and Michael Parks, "Building a new media platform for local storytelling and civic engagement in ethnically diverse communities," *New Media and Society* (in press).

- Parks, Michael, "Impartiality and Impact in the Digital Era–An American Perspective," *The Future of Public Service Broadcasting*, Stockholm Ax:son Johnson Foundation, 2008.

- Boyd-Judson, Lyn and Michael Parks, "Not Covering North Korea: Consequences of Diplomatic Isolation for Media Coverage and Image of the Enemy," *International Studies Review* 8:1 (January 2006).

- Parks, Michael and Gregory F. Treverton, "North Korea May Attempt China-Style Economic and Political Reforms," in *North and South Korea*, William Dudley (ed.), Farmington Hills, Mich.: Greenhaven Press, 2003

- Treverton, Gregory F. and Michael Parks, *Mapping the Local Implications of Globalization for the North American West*, Los Angeles: Pacific Council on International Policy, 2002.

- Treverton, Gregory F. and Michael Parks, *The Reshaping of Korea—Report of the Pacific Council on International Policy Binational Task Force on the Future of Korea*, Los Angeles: Pacific Council on International Policy, November 2001.

- Parks, Michael, "Weighing the Risks: Foreign Coverage—The New Math," *Columbia Journalism Review*, 40:5 (November-December, 2002).

- Parks, Michael, "Afghanistan and Beyond: Foreign News—What's Next?" *Columbia Journalism Review* 40:1 (January-Febrary, 2002).

- Parks, Michael, "The Future of Foreign News," *The American Editor*, 77 (September 2002).