

## STANTON "LARRY" STEIN, PARTNER

Email: lstein@linerlaw.com
Direct Dial: 310.500.3413

---

**PRACTICE AREA(S)**

- Entertainment & Media Litigation
- Intellectual Property

**EDUCATION**

- University of Southern California (B.A., *with honors*, 1966)
- University of Southern California (J.D., 1969)

**ADMISSIONS**

- The State Bar of California
- United States Supreme Court
- United States Court of Appeals, Ninth Circuit

**Stanton "Larry" Stein** is a senior partner in the Los Angeles office and practices in the Entertainment & Media Litigation department. His clientele includes actors, writers, directors, producers, musicians, high net worth individuals, entertainment guilds, talent agencies, personal and business management companies, independent production companies and interactive gaming companies.

Larry was profiled in *California Lawyer* as one of the top five "A-List Entertainment Lawyers" changing Hollywood, and in *Los Angeles Magazine*. He has been featured in *Forbes Magazine*, the *Daily Journal*'s California Law Business, and was listed in the "Rising" section of *Entertainment Weekly*'s "101 Most Powerful People in Entertainment." Larry is regularly listed as a "Super Lawyer" in *Los Angeles Magazine* and has appeared on the cover of the *National Law Journal*. He was named "Entertainment Lawyer of the Year" by the Beverly Hills Bar Association and earlier by the Century City Bar Association.

Additionally, Larry received the ACLU Foundation's Pro Bono Civil Liberties Award. He is listed in *The Best Lawyers in America* and the *Daily Journal*'s "100 Most Influential Lawyers in California." He is among the Lawdragon 500 Leading Lawyers in America. Larry is regularly listed in "Who's Who in L.A. Law" by the *Los Angeles Business Journal*. Larry has consistently ranked No. 1 in the publication Chambers USA: America's Leading Business Lawyers.

### RECENT NOTABLE CASES

- In a classic case of "Hollywood accounting," Larry successfully negotiated settlement for iconic filmmaker, Michael Moore and his loan-out company with The Fellowship Adventure Group, owned by infamous brothers Robert and Harvey Weinstein regarding accounting on the film "Fahrenheit 911."

- In another Hollywood Accounting case, Larry successfully negotiated settlement for Connie Burge, the show runner (writer-producer) for the television series "Charmed" against CBS Studios, Inc. regarding breach of contract and accounting.



LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR LLP

LA  1100 Glendon Avenue, 14th Floor  Los Angeles, CA 90024.3503  t.310.500.3500  f.310.500.3501
SF  199 Fremont Street, 20th Floor  San Francisco, CA 94105.2255  t.415.489.7700  f.415.489.7701
www.linerlaw.com

- Larry successfully settled a case for Summit Entertainment and writer, Pablo Fenjves against claims by Gavin Polone that he was attached as a producer to the film "Man on a Ledge." Polone alleged an oral contract with writer Pablo Fenjves by which he claimed the right to produce the film.

- Larry continues to be involved in litigation overseas on behalf of high profile producer and performer, Timbaland, against a concert promoter in connection with a concert tour that was to have taken place in Australia. The concert promoter alleges that Timbaland breached a personal services agreement primarily because he booked another performance when he was allegedly to be performing in Australia. This case involves the impact of the concert promoter's failure to pay guarantees and the concert promoter's inability to properly coordinate the tour.

- Larry represents Camille Grammer and Adrienne Maloof, two of the stars of the reality television show, "The Real Housewives of Beverly Hills." Larry has been instrumental in negotiating for the rights of participants in reality television shows and in revising their contractual obligations.

- Larry represented Tokyo Broadcasting Systems, suing American Broadcasting, Inc. ("ABC") and Endemol USA, alleging that their program "Wipeout" infringes copyrights in six Tokyo Broadcasting Systems programs ("Takeshi's Castle," "MXC," "Sasuke," "Kunoichi," "Ninja Warrior," and "Women of Ninja Warrior"), and that ABC improperly promoted "Wipeout" by trading on consumer goodwill associated with Tokyo Broadcasting System's shows to divert viewers to "Wipeout." The case settled in 2011.

- Larry successfully settled on behalf of the Frank Zappa Trust litigation against Rykodisc, Inc. (a subsidiary of Warner Music) over the scope of grant of rights that the Trust made to Rykodisc to release certain classic Frank Zappa albums. As a result, The Frank Zappa Family Trust reacquired the Frank Zappa music catalog.

- In a case filed in State Court after obtaining a dismissal of copyright infringement and Lanham Act violations in Federal Court, Larry obtained a summary judgment for William Roberts p/k/a Rick Ross, the highly acclaimed rapper, in an action brought by Ricky "Freeway" Ross regarding an alleged violation of Civil Code 3344 (Right of Publicity).

- Represented Rob Lowe, who sought to enforce Non-Disclosure Agreements against former employees who were making false statements about Lowe and his wife in violation of their Non-Disclosure Agreements

LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR
LA  1100 Glendon Avenue, 14th Floor  Los Angeles, CA 90024.3505   t.310.500.3500   f.310.500.3501
SF  199 Fremont Street, 20th Floor  San Francisco, CA 94105.2255   t.415.489.7700   f.415.489.7701
www.linerlaw.com

**CAREER HIGHLIGHTS**

Throughout the last decade, Larry created the legal concept and has initiated numerous lawsuits challenging vertical integration. Larry's tireless efforts have changed the face of contract negotiation between networks, their affiliated production companies and talent. Larry has brought countless lawsuits on behalf of his clients against conglomerates that were self-dealing on licensing fees and a variety of other revenue streams. Additionally, Larry's work has changed how revenue is more evenly allocated amongst profit participants including actors, directors, writers and producers. He is widely known in the entertainment industry as being the primary person to take on Hollywood studios, a task not many have the ability, or the courage, to assume.

In addition to his groundbreaking litigation against vertical integration, Larry is also changing the parameters of copyright infringement in reality television. He has a long history of bringing defamation actions against publications and private individuals. As a result of his actions, Larry has been able to secure dozens of confidential settlements and retractions on behalf of his clients. Larry protects the business and personal interests of his clients. He deals regularly with the media and governmental agencies on behalf of his clients.

**SPEAKING/WRITING**

- Recent MCLE Presentations on Entertainment Law to arbitrators and mediators at JAMS and ADR Services
- Moderator, "Hot Legal Issues in Current Entertainment Litigation" at UCLA's 27th Annual Entertainment Law Symposium and a number of other USC Entertainment Law Symposia panels.
- Adjunct professor, USC Gould School of Law, teaching Entertainment Law
- Adjunct professor, Stanford Law School
- Distinguished speaker, Harvard Law School's Conference on Entertainment and Sports
- Larry has lectured at numerous universities, including Yale Law School, Harvard Law School, the University of California's Boalt Hall School of Law
- Larry has chaired entertainment law seminars for the American Bar Association, Los Angeles County Bar, Century City, and Beverly Hills Bar Associations



LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR LLP

LA  1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505   t.310.500.3500   f.310.500.3501
SF  199 Fremont Street, 20th Floor San Francisco, CA 94105.2255   t.415.489.7700   f.415.489.7701
www.linerlaw.com

**PROFESSIONAL ACTIVITIES**

- Past President of Beverly Hills Barristers
- Century City Bar Association; Santa Monica Bar Association; Los Angeles County Bar Association; American Bar Association
- State Bar of California (Member, Board of Directors, Foundation of the State Bar of California, 2005-2010)
- California Trial Lawyers Association

LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR LLP
LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505   1.310.500.3500   1.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255   1.415.489.7700   1.415.489.7701
www.linerlaw.com