UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 12-05216 DMG (PLAx) | Date | January 22, 2013 |
|---|---|---|---|
| Title | *Zhang Ziyi v. China Free Press Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER VACATING JANUARY 25, 2013 HEARING**

Defendant Meng's Motion to Dismiss, Motion to Strike, and Motion for Bond Security [Doc. ## 18, 21, 43] are currently set for a hearing on January 25, 2013.  The hearing is hereby **VACATED**.  The hearing will be reset on a later date if necessary.

**IT IS SO ORDERED.**