

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the Calendar

of

Judge Jesus G. Bernal

ORDER OF THE CHIEF JUDGE

13 057

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Jesus G. Bernal,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Dolly M. Gee to the calendar of Judge Jesus G. Bernal:

| Case Number | Case Name |
|---|---|
| CV 10 09383 DMG (AJWx) | Advanced Visual Image Design, LLC v. Exist, Inc. et al |
| CV 11 08472 DMG (AJWx) | Richard Yee v. NIVS Intellimedia Technology Group Inc et al |
| CV 12 00663 DMG (DTBx) | Karbz Inc v. MRP of Michigan Inc et al |
| CV 12 01447 DMG (JPR) | Jovanie Prado v. L S McEwen |
| CV 12 03394 DMG (SSx) | Manavaz Petrosyan v. Real Time Resolutions Inc |
| CV 12 03549 DMG (JCx) | Alan Feiman v. City of Santa Monica et al |
| CV 12 03792 DMG (PLAx) | United States of America et al v. Real Property Located At 2173 |
| CV 12 05171 DMG(MRWx) | National Bank of California v. Progressive Casualty Insurance Company et al |
| * CV 12 05216 DMG (PLAx) | Zhang Ziyi v. China Free Press Inc et al |
| CV 12 06835 DMG (CWx) | Directv LLC v. American Trade Force Inc, et al. |
| CV 12 08265 DMG (AGRx) | VBConversions LLC v. Gulf Coast Ventures LLC et al |
| CV 12 10222 DMG (SH) | Luis Yslas v. G D Lewis |
| ED 12 01469 DMG (FMOx) | Trustees of the Operating Engineers Pension Trust et al v. Cattrac Construction Inc |
| SA 11 01035 DMG (SP) | Sheila Marie Sikat v. Matthew Kate et al |

DATED: January 24, 2013

Chief Judge George H. King