1  JOHN MASON - State Bar No. 51116
   jmason@glaserweil.com
2  PATRICIA L. GLASER - State Bar No. 55688
   pglaser@glaserweil.com
3  ADAM LEBERTHON - State Bar No. 145226
   aleberthon@glaserweil.com
4  LISA M. ZEPEDA – State Bar No. 231125
   lzepeda@glaserweil.com
5  GLASER WEIL FINK JACOBS
      HOWARD AVCHEN & SHAPIRO LLP
6  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
7  Telephone: (310) 553-3000
   Facsimile:  (310) 556-2920
8
   Attorneys for Plaintiff Zhang Ziyi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-05216-JGB (PLAx)<br><br>**SIGNATURE PAGES OF DECLARATIONS FILED JANUARY 4, 2013 WITH ELECTRONIC SIGNATURES FOR ZHANG ZIYI, LING LUCAS, STANTON L. STEIN, ESQ., AND MICHAEL PARKS** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS' OF RECORD:**

Plaintiff Zhang Ziyi hereby submits to the Court, by and through her attorney of record, the signature pages for the declarations of Zhang Ziyi, Ling Lucas, Stanton L. Stein, Esq., and Michael Parks previously filed with the Court with electronic signatures on January 4, 2013.

DATED: February 22, 2013                    GLASER WEIL FINK JACOBS
                                            HOWARD AVCHEN & SHAPIRO LLP


By: /s/ Adam LeBerthon
    JOHN MASON
    PATRICIA L. GLASER
    ADAM LEBERTHON
    LISA M. ZEPEDA
    Attorneys for Plaintiff Zhang Ziyi

1

SIGNATURE PAGES OF DECLARATIONS JANUARY 4, 2013 WITH ELECTRONIC SIGNATURES FOR ZHANG ZIYI, LING LUCAS, STANTON L. STEIN, ESQ. AND MICHAEL PARKS

793305

      like Zhang very much and we all wish to see Zhang to win

      this battle successfully.

(Emphasis added.)  Attached hereto as Exhibit B is a true and correct copy of the email I received from Ms. Wan dated June 20, 2012, regarding the rejection by Citroen.

    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

    Executed this 29 day of January, 2013 in Beijing, China.

*/s/ Ling Lucas*
_____
Ling Lucas

(Emphasis added.) Attached hereto as Exhibit E is a true and correct copy of the email string between Ms. Lucas and Ms. Wan regarding the rejection by Citroen.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this __29__ day of January, 2013 in Beijing, China

_____
Zhang Ziyi

12. I have not served as an expert witness in a state or federal case in the last four years. My hourly fee for legal services, including expert witness services, is $850/hour.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this ____ day of January, 2013, at Los Angeles, California.

_____
Stanton L. Stein

33. In Weican Meng's view, Ms Zhang's reported relationship with Bo and Xu should be seen as part of their corruption even though the leaked reports had not been verified and the allegations had not been proven: "She becomes part of the corruption. Also … she had a choice whether she could do that or not, but if she did that and received big amount of money, that money is [the] people's money. So in that way, I will say Zhang Ziyi did hurt [the] people."

34. Charged, tried, and convicted in Weican Meng's mind, Zhang Ziyi is now to be punished by Boxun News. This is actual malice.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 4th day of January, 2013 in London, England.

_____
Michael Parks

## CERTIFICATE OF SERIVCE

The undersigned hereby certifies that all counsel who have consented to electronic service are being served with a copy of the foregoing document via the Central District of California CM/ECF system on February 22, 2013.

/s/ Lisa M. Zepeda
Lisa M. Zepeda