UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-05216-JGB (PLAx) | Date | August 21, 2013 |
| Title | Zhang Ziyi V. China Free Press Inc., et al. | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER SETTING HEARING ON

(1) MOTION TO DISMISS FOR LACK OF JURISDICTION [18]

(2) MOTION TO STRIKE UNDER CALIFORNIA CIVIL PROCEDURE § 425.16. [21]

(3) MOTION FOR BOND SECURITY UNDER CCP 1030 [43]

(4) SCHEDULING CONFERENCE

The above-entitled motions and scheduling conference are hereby set for hearing on September 16, 2013, at 9:00 a.m.  Counsel shall file a revised Rule 26 (f) Joint Report one week before the Scheduling Conference.

**IT IS SO ORDERED.**

MG