1  ADAM LEBERTHON – State Bar No. 145226
   LAW OFFICE OF ADAM LEBERTHON
2  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
3  Telephone: (310) 556-7830
   Facsimile: (310) 556-2920

4  PATRICIA L. GLASER – State Bar No. 55688
    pglaser@glaserweil.com
5  ALEXANDER M. KARGHER – State Bar No. 259262
    akargher@glaserweil.com
6  GLASER WEIL FINK JACOBS
    HOWARD AVCHEN & SHAPIRO LLP
7  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
8  Telephone: (310) 553-3000
   Facsimile: (310) 556-2920

9
   Attorneys for Plaintiff Zhang Ziyi
10

11 *Additional counsel listed on next page*

12

13                 UNITED STATES DISTRICT COURT

14                 CENTRAL DISTRICT OF CALIFORNIA

15

16

17 | ZHANG ZIYI, an individual, | CASE NO.: 2:12-cv-05216-JGB (PLA) |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND HEARING ON MOTIONS FILED BY DEFENDANT WEICAN NULL "WATSON" MENG SO THAT THE PARTIES CAN PARTICIPATE IN MEDIATION** |
| v. | |
| CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive, | |
| Defendants. | |

JAMES ROSENFELD (*pro hac vice*)
 jamesrosenfeld@dwt.com
865 S. Figueroa Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 663-6899

Attorneys for Defendant China Free Press, Inc.


MARC J. RANDAZZA – State Bar No. 269535
 mjr@randazza.com
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive
Las Vegas, NV 89135
Telephone: (888) 667-1113
Facsimile: (305) 437-7662

Attorneys for Defendant Weican Null Meng

---

1

STIPULATION TO CONTAINUE SCHEDULING CONFERENCE AND HEARING ON MOTIONS

822358

1    This Stipulation is by and between Plaintiff Zhang Ziyi ("Plaintiff"), on the one
2 hand, and Defendants Weican Null Meng ("Meng") and China Free Press, Inc.
3 ("CFP"), on the other hand. Plaintiff, Meng and CFP are referred to collectively as
4 "the Parties." This stipulation is made with reference to the following facts:

## RECITALS

7    1.    On August 21, 2013, this Court entered an order (Document No. 65)
8 setting a Scheduling Conference for September 16, 2013.
9    2.    Similarly, on August 22, 2013, the Court entered an order (Document
10 No. 66) setting a hearing on Defendant Weican Null "Watson" Meng's Motion to
11 Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to 12(b)(2), Defendant
12 Weican Null Meng's Special Motion to Strike Under California Civil Procedure §
13 425.16, and Motion for Order Requiring Plaintiff to Post an Undertaking Pursuant to
14 California Code of Civil Procedure section 1030 (the "Bond Motion") (collectively,
15 "the Pending Motions") for September 16, 2013.
16    3.    Counsel for Parties have now met and conferred and agreed to continue
17 the date for the hearing of the Scheduling Conference and the Pending Motions for
18 approximately ninety days to give the Parties time to participate in a mediation
19 proceeding in an effort to try to reach settlement of Plaintiff's claims. Counsel for the
20 Parties believe that the mediation would be most effective if conducted before the
21 hearing on the Pending Motions.

## STIPULATION

Based on the above facts, the Parties hereby stipulate, agree and ask the Court to order as follows:

1. The Scheduling Conference and the hearing on the Pending Motions shall be continued until December 23, 2013, at 9:00am.

DATED: August 28, 2013

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

LAW OFFICE OF ADAM LEBERTHON

By: /s/ Adam LeBerthon
ADAM LEBERTHON
Attorneys for Plaintiff Zhang Ziyi

DATED: August 28, 2013

RANDAZZA LEGAL GROUP

By: /s/ Marc J. Randazza
MARC J. RANDAZZA
JASON A. FISCHER
Attorneys for Defendant Weican Null Meng

DATED: August 28, 2013

DAVID WRIGHT TREMAINE LLP

By: /s/ James Rosenfeld
JAMES ROSENFELD
LORING ROSE
Attorneys for Defendant
China Free Press, Inc.