ADAM LEBERTHON – State Bar No. 145226
LAW OFFICE OF ADAM LEBERTHON
10250 Constellation Boulevard, 19th Floor
Los Angeles, California  90067
Telephone:  (310) 556-7830
Facsimile:  (310) 556-2920

PATRICIA L. GLASER – State Bar No. 55688
 pglaser@glaserweil.com
ALEXANDER M. KARGHER – State Bar No. 259262
 akargher@glaserweil.com
GLASER WEIL FINK JACOBS
 HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Attorneys for Plaintiff Zhang Ziyi

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-05216-JGB (PLA)<br><br>**STIPULATION FOR SUBMISSION OF ACTION TO MAGISTRAGE JUDGE MARGARET A. NAGLE FOR PURPOSES OF CONDUCTING A SETTLEMENT CONFERENCE** |

1  JAMES ROSENFELD (*pro hac vice*)
2   jamesrosenfeld@dwt.com
3  865 S. Figueroa Street, 24th Floor
   Los Angeles, California 90017
4  Telephone: (213) 633-6800
5  Facsimile: (213) 663-6899

6  Attorneys for Defendant China Free Press, Inc.

7

8  MARC J. RANDAZZA – State Bar No. 269535
9   mjr@randazza.com
   RANDAZZA LEGAL GROUP
10 3625 S. Town Center Drive
11 Las Vegas, NV 89135
   Telephone: (888) 667-1113
12 Facsimile: (305) 437-7662

13
   Attorneys for Defendant Weican Null Meng
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
**STIPULATION FOR SUBMISSION OF ACTION TO MARGARET A. NAGLE FOR SETTLEMENT**

824189

This Stipulation is by and between Plaintiff Zhang Ziyi ("Plaintiff"), on the one hand, and Defendants Weican Null Meng ("Meng") and China Free Press, Inc. ("CFP"), on the other hand. Plaintiff, Meng and CFP are referred to collectively as "the Parties." This stipulation is made with reference to the following facts:

## RECITALS

1. On August 28, 2013, the Parties filed a Stipulation to Continue Scheduling Conference and Hearing on Motions Filed by Defendant Weican Null "Watson" Meng so that the Parties Can Participate in Mediation. Counsel for the Parties believe that any mediation or settlement conference would be most effective if conducted prior to the hearing on any of the motions currently pending before the Court.

2. Counsel for Parties have since further met and conferred and agreed to submit the case to Magistrate Judge Margaret A. Nagle for purposes of conducting a settlement conference.

## STIPULATION

Based on the above facts, the Parties hereby stipulate, agree and ask the Court to order as follows:

1. This case shall be assigned to Magistrate Judge Margaret A. Nagle solely for purposes of conducting a settlement conference that could potentially resolve all outstanding issues and claims.

DATED: September 9, 2013

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

LAW OFFICE OF ADAM LEBERTHON

By: /s/ Adam LeBerthon
ADAM LEBERTHON
Attorneys for Plaintiff Zhang Ziyi

1  DATED: September 9, 2013          RANDAZZA LEGAL GROUP
2
3                                    By: /s/ Marc J. Randazza
                                         MARC J. RANDAZZA
4                                        JASON A. FISCHER
                                         Attorneys for Defendant Weican Null Meng
5
6
7  DATED: September 9, 2013          DAVID WRIGHT TREMAINE LLP
8
                                     By: /s/ James Rosenfeld
9                                        JAMES ROSENFELD
                                         LORING ROSE
10                                       Attorneys for Defendant
                                         China Free Press, Inc.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28