UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-05216-JGB (PLA)<br><br>**ORDER** |

1  There being good cause, as set forth in the Parties' Stipulation for Submission
2 of Action to Magistrate Judge Margaret A. Nagle for Purposes of Conducting a
3 Settlement Conference, the Court hereby orders that this matter shall be assigned to
4 Magistrate Judge Nagle solely for the purposes of scheduling a settlement conference
5 based on the availabilities of all parties and their counsel and conducting that
6 settlement conference.

Dated: September 11, 2013

_____
Honorable Jesus G. Bernal
United States District Court Judge

1
**ORDER**