# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-5216-JGB (PLAx) | Date | November 13, 2013 |
| Title | *Zhang Ziyi v. China Free Press, Inc., et al.* | | |

================================================================

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

John E. Mason                             Loring Rose
Alexander M. Kargher               James M. DeVoy
Adam LeBerthon                       Kenneth P. White

**Proceedings:**     Settlement Conference

The case is called. Jason E. Mason and Alexander M. Kargher, of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP, and Adam LeBerthon, of the Law Offices of Adam LeBerthon, appear on behalf of plaintiff Zhang Ziyi, who is not present. Loring Rose, of Davis Wright Tremaine LLP, appears on behalf of defendant China Free Press Inc., along with client representative Michael Goettig, a Director of China Free Press Inc., who appears telephonically. James M. DeVoy, of Randazza Legal Group, and Kenneth P. White, of Brown White and Newhouse LLP, appear on behalf of defendant Weican Null Meng, who is also present,

The settlement conference is conducted off the record.

The parties are continuing to discuss settlement under Court supervision. The Court schedules a further settlement conference for 10:00 a.m. on Thursday, December 5, 2013

cc: All parties of record

                                                                        8 : 30

Initials of Preparer         efc