**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-5216-JGB (PLAx) | Date | December 12, 2013 |
|---|---|---|---|
| Title | *Zhang Ziyi v. China Free Press, Inc., et al.* | | |

==================================================================

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| John E. Mason<br>Adam LeBerthon | Loring Rose<br>Kenneth P. White |

**Proceedings:**     Further Settlement Conference

The case is called.  Jason E. Mason, of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP, and Adam LeBerthon, of the Law Offices of Adam LeBerthon, appear on behalf of plaintiff Zhang Ziyi, who is also present.  Loring Rose, of Davis Wright Tremaine LLP, appears on behalf of defendant China Free Press Inc.  Kenneth P. White, of Brown White and Newhouse LLP, appears on behalf of defendant Weican Null Meng, who is not present.

The further settlement conference is conducted off the record.

A confidential settlement in principle is reached.

cc: All parties of record

|  | 5 | : | 30 |
|---|---|---|---|
| Initials of Preparer | | efc | |