```
 1  ADAM LEBERTHON – State Bar No. 145226
    LAW OFFICE OF ADAM LEBERTHON
 2  P.O. Box 661431
    Los Angeles, California  90066-1431
 3  Telephone:  (310) 556-7830
    Facsimile:  (310) 556-2920
 4
    PATRICIA L. GLASER – State Bar No. 55688
 5    pglaser@glaserweil.com
    ALEXANDER M. KARGHER – State Bar No. 259262
 6    akargher@glaserweil.com
    GLASER WEIL FINK JACOBS
 7    HOWARD AVCHEN & SHAPIRO LLP
    10250 Constellation Boulevard, 19th Floor
 8  Los Angeles, California 90067
    Telephone:  (310) 553-3000
 9  Facsimile:   (310) 556-2920

10  Attorneys for Plaintiff Zhang Ziyi

11  Additional counsel listed on next page
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG ZIYI, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHINA FREE PRESS, INC., a North Carolina non-profit corporation doing business as BOXUN NEWS; WEICAN NULL MENG, an individual also known as WATSON MENG and also known as WEICAN "WATSON" MENG; DOES 1-25, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 2:12-cv-05216-JGB (PLA)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | JAMES ROSENFELD (*pro hac vice*) |
| 2 | jamesrosenfeld@dwt.com |
| 3 | DAVIS WRIGHT TREMAINE LLP |
| | 865 S. Figueroa Street, 24th Floor |
| 4 | Los Angeles, California 90017 |
| 5 | Telephone: (213) 633-6800 |
| | Facsimile: (213) 663-6899 |
| 6 | |
| 7 | Attorneys for Defendant China Free Press, Inc. |
| 8 | |
| 9 | MARC J. RANDAZZA – State Bar No. 269535 |
| 10 | mjr@randazza.com |
| | RANDAZZA LEGAL GROUP |
| 11 | 3625 S. Town Center Drive |
| 12 | Las Vegas, NV 89135 |
| | Telephone: (888) 667-1113 |
| 13 | Facsimile: (305) 437-7662 |
| 14 | |
| | Attorneys for Defendant Weican Null Meng |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

The parties hereby stipulate, through their respective counsel of record, that the entirety of the above-captioned action, including, without limitation, all claims asserted in the Complaint, be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party bearing its own costs and fees.

DATED: January 31, 2014

GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP

LAW OFFICE OF ADAM LEBERTHON

By: /s/ Adam LeBerthon
ADAM LEBERTHON
Attorneys for Plaintiff Zhang Ziyi

DATED: January 31, 2014

RANDAZZA LEGAL GROUP

By: /s/ Marc J. Randazza
MARC J. RANDAZZA
JASON A. FISCHER
Attorneys for Defendant Weican Null Meng

DATED: January 31, 2014

DAVIS WRIGHT TREMAINE LLP

By: /s/ James Rosenfeld
JAMES ROSENFELD
LORING ROSE
Attorneys for Defendant
China Free Press, Inc.

2
STIPULATION FOR DISMISSAL WITH PREJUDICE
851888